# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

FILED

FEB 16 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

)
)
)
)
CLARENCE ELLIOTT HARRIS as an Individual,    )
*Plaintiff*    )
)    Case No. _2:21cv96_
)    **COMPLAINT**
-v-    )
)
)
UNITED STATES of AMERICA et. al.,    )
*Defendants(s)*    )
)
)
)

## 42 U.S.C. § 1983 COMPLAINT FOR FEDERAL CONSTITUTIONAL RIGHTS VIOLATIONS

I, __Clarence Elliott Harris__ the complainant in this case, states that the following is true to the best of my knowledge and belief. On or about the dates(s) of __November 2019 through February 2021__ in the Eastern District of __Virginia__ the defendant(s) violated:

| *Federal Constitutional Rights Violated* | *Offense Description* |
|---|---|
| Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments | Unlawful Arrest, False Imprisonment, Unlawful Distraint, Denial or Abuse of Due Process, Assault and Battery without Weapon, Threat, Coercion, Deception or Attempted Deception, Destruction, Deprivation, or Theft of Property, Abuse of Authority, Coercing or Attempted Coercion, Kidnapping by Threat/Use of Force, Obstruction of Justice |
| Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments | |
| Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments | |
| Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments | |
| Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments | |
| Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments | |

This 42 U.S.C. § 1983 complaint is based on these facts:

See attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's Autograph [Express Seal]*

Clarence-Elliott: Harris, Qualified Original Beneficiary (QOB)
*Printed Name and Title*

Sworn before me and signed in my presence.

Date: February 12, 2021

*Notary Signature*

City and State: Virginia Beach

MIRIAM KING
Notary Public
Commonwealth of Virginia
Registration No. 7586343
My Commission Expires Sept. 30, 2022

MIRIAM KING Member Decided
*Printed Name and Title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

CLARENCE ELLIOTT HARRIS as an Individual, )    **Case No. _____**

      *Plaintiff*  )

          )    **COMPLAINT FOR CONSTITUTIONAL**
          )    **RIGHTS VIOLATIONS, REQUESTING**
          )    **DECLARATORY JUDGMENT AND**
     -v-  )    **INJUNCTIVE RELIEF**

          )    **42 U.S.C. § 1983 FOURTH, FIFTH, SIXTH,**
UNITED STATES of AMERICA et. al.,  )    **THIRTEENTH AND FOURTEENTH**
          )    **AMENDMENTS**
      *Defendants(s)*  )

          )    **[JURY TRIAL DEMANDED]**

## COMPLAINT

**NOW COMES** CLARENCE ELLIOTT HARRIS by his Qualified Original Beneficiary Clarence-Elliott: Harris herein after (QOB), traveling under his United States passport as an American National of Virginia U.S.A., registered with the U.S. Department of State, whom is the Trust Executor and Secured Party Creditor, appearing In Propria Persona by special appearance, requesting a hearing in a court room on a day and time to be determined by the court in the month of February, or on the earliest date and time there after most convenient for this Honorable Court to schedule a hearing, in regard to an actual controversy that is ripe for decision, which exists between the plaintiff and the defendants.

**WHEREBY** the defendants have collectively engaged in the unconstitutional acts alleged herein using constitutionally defective statutes of fictitious obligations of debt, without proof of a bona fide claim to force the Plaintiff into a state of involuntary servitude, peonage and/or debt slavery within a territory of the United States. The Defendants by means of extortion through contract fraud, false arrest and false imprisonment have injured the Plaintiff and his (QOB) by illegally/unlawfully initiating administrative actions against the Plaintiffs (QOB'S) publicly registered trade-name/trademark CLARENCE ELLIOTT HARRIS© TRUST, without his prior expressed written consent and acknowledgement as the Trustee/Trust Executor, signified in writing by his autographed acceptance of their offers to contract as the (QOB). The plaintiff and his (QOB) will continue to suffer damage to their reputations and irreparable harm to their public interest without this Honorable Courts immediate intervention.

Respectfully Submitted by
Plaintiff's Principle Owner/Trust Executor

/A/ _____

(QOB) Clarence-Elliott: Harris [Executors Seal]
Plaintiff – CLARENCE ELLIOTT HARRIS
501 Viking Drive #10037
Virginia Beach VA. 23452-9998

### AFFIDAVIT IN SUPPORT OF 42 U.S.C. § 1983
### COMPLAINT FOR FEDERAL CONSTITUTIONAL RIGHTS VIOLATIONS

I, Clarence-Elliott: Harris the Plaintiff's (QOB) herby affirms and states as follows:

### INTRODUCTION

1.      Plaintiff, makes this affidavit in support of a 42 U.S.C. § 1983 complaint, for violations of Federal Constitutional Rights pursuant to 42 USC Section 1983 against the named defendants. The facts in this affidavit come from Plaintiff's personal knowledge derived from his direct interactions and experiences with the defendants. This affidavit is intended to show that there is sufficient cause for the restraining order, judgments, injunctions and equitable relief requested.

2.      Plaintiff by his "Qualified Original Beneficiary" herein after (QOB) brings this action for declaratory judgment, a temporary restraining order, preliminary and permanent injunctions and other equitable relief pursuant to 42 U.S.C. § 1983 and questions of federal constitutional law, to redress profound breaches in trust, deprivations of their federally protected constitutional rights, conducted under the color of federal/state policies practices and procedures, to vindicate or clear his good public name and family reputation, from the fraud of false criminal complaints to fully restore his (QOB'S) property rights in equity and his honor forthwith.  Plaintiff seeks to prevent continuing and substantial injury to himself and his (QOB) as the victims of such willful and deliberate federal constitutional rights violations.

### JURISDICTION AND VENUE

3.      This is an action for declaratory judgment. a temporary restraining order, injunctive relief and damages pursuant to 42 U.S.C. § 1983 based upon the continuing violations of Plaintiffs rights under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to the United States Federal Constitution, wherein the plaintiff seeks to redress breaches of trust and the deprivation of his  rights,  by the named defendants 1 through 33. At all times mentioned herein, the Defendants were acting under the color of federal/state law, to deprive the Plaintiff of rights secured by the United States Federal Constitution. Jurisdiction exists pursuant to 28 U.S.C. § 1331 and 1343 based on 42 U.S.C. § 1983 and questions of federal constitutional law. Jurisdiction also exists under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 (a) and 2202.

4.      Venue is founded upon 28 U.S.C. § 1391 (e) (1)  to be proper in the Eastern District of Virginia, in that the events and conduct complained of herein all occurred in the Eastern District of Virginia.

**PARTIES**

5.      At all times relevant hereto, the Plaintiff CLARENCE ELLIOTT HARRIS was under the executive control of his (QOB), Trust Executor and American National of Virginia United States of America herein after (U.S.A), Clarence-Elliott: Harris whom is lawfully traveling from his country of Virginia under the United States Passport ID# C1820**** issued to him by the United States Department of State and authorized by the United States to function in commerce under trusteeship as a Secured Party Creditor/Private Banker, under the Finance ID# ********0066 and his international tax EIN# 98-***4519, within the jurisdiction of the United States herein after (U.S.), indemnified from the harm caused by the injuries he has incurred, as a result of the breaches in trust and the unconstitutional acts of the Defendants detailed herein.

6.      Plaintiff gave constructive public notice to the defendants that his (QOB) Clarence-Elliott: Harris has filed on the private side for Public Notice, to include all of the same notices filed with this Honorable (USDC) in his civil suit against the City of Virginia Beach et. al., under case number **2:19-cv-00408-RBS-RJK,** that by evidence of that filing has taken commercial control of your plaintiff whom is the "commercial transmitting utility/trust," and all property of this plaintiff, debtor-trade-name/trademark CLARENCE ELLIOTT HARRIS©, TRUST thereunder.

7.      Defendants received a multitude of filed documented notices in the Virginia Beach Circuit Court and this United States District Court herein after (USDC) for two years before and after the first 42 U.S.C. § 1983 complaint was filed in this honorable (USDC).  After each notice had been filed with the clerk of the Virginia Beach Circuit Court and in this (USDC), the Defendants were duly informed that the Plaintiff's (QOB) is a registered Virginia National of the United States of America herein after (U.S.A.) and private banker whom holds superior claim, title/security to interest and lien on ALL property of the Plaintiff whom is the DEBTOR and holds the DROIT-DROIT (double rights) to ALL of the property thereof, all of the property rights, titles and interests above all others, including the COMMONWEALTH STATE of VIRGINIA herein after (STATE) and all claims by its municipal entities, municipalities, organizations, departments, individual public administrators, clerks of the court, independently elected constitutional officers and their assistances or agents identified herein as the defendants. As such notice to agent was notice to principle and notice to principle was notice to agent.

8.      Plaintiff affirms that within the documented filed notices the Defendants received the (QOB) fee schedule and/or Legal Notice of Demand Contract, outlining in great detail their terrible financial and criminal liability, for violating the Plaintiff and his (QOB'S) federally protected constitutional rights. Defendants received the same notices again in support of the aforementioned 42 U.S.C. § 1983 complaint filed with this court, whereby notice to principle was a redundant undeniable

notice to agent and notice to agent was a redundant undeniable notice to principle and yet they persisted in creating unlawful trust indentures upon the plaintiff causing irreparable harm and injury to his (QOB).

9.      While the defendants in the first 42 U.S.C. § 1983 complaint were being sued in this (USDC) for heinously violating the Plaintiffs federally protected constitutional rights in breach of trust and in willful disregard of the laws governing the lawful administration of TRUSTS and all the public notices they received. The defendant officials from the Virginia Beach Circuit Court conspired to have the Plaintiff's (QOB) arrested and kidnapped again under the color of state law, for the false claim of failing to appear for a 09/03/2019 court which never existed on their docket. Plaintiff's (QOB) was publicly defamed, mischaracterized as a fugitive from justice and pursued for two months while he was a party of a 42 U.S.C. § 1983 complaint against the same defendants in this (USDC), before they kidnapped him from the Virginia Republic of the (U.S.A), under the color of the arrest of the Plaintiff within the (STATE) OF VIRGINIA in the (U.S.), for the false claims against his trust that those lower court officers levied.

10.     For 81 days the Plaintiff and his (QOB) were held indefinitely without the eligibility of bail in violation of the bail reform act, causing him to be injured by interfering with his private property rights and forcing him to suffer in anguish, from the immeasurable loss of time from his life without just cause, in breach of trust and in violation of his federally protected constitutional rights.

11.     Plaintiff thereon alleges that defendants (1, 2. 3, 17 & 18) are and were at all times relevant herein, organizations, agencies, employees and/or agents of the (U.S.), and defendants (4, 5, 6, 7, 8, 9, 10, 11) and defendants (19, 20, 21, 22, 23, 24, 25, 26 & 31) are and were at all times relevant herein, organizations, employees and/or agents of the (STATE) and are responsible for the acts and omissions complained of herein. The City and State Defendants acted in concert with each other in a conspiracy to commit the challenged acts in breach of trust, which caused violations of the plaintiffs Federal Constitutional Rights. Plaintiff has personal first hand knowledge of the facts, believes and thereon alleges that defendants (12, 13, 14, 15, 16) and defendants (27, 28, 29, 30, 32 & 33) are and were at all times relevant herein, organizations, employees and/or agents of the Defendant (CITY), and are responsible for the acts and omissions complained of herein. Defendants 1 through 33 are hereby sued forthwith, in both their individual and personal capacities.

12.     Defendant No. (1) The UNITED STATES (U.S.) means the UNITED STATES including the States and the District of Columbia, its territories, possessions and other areas subject to its jurisdiction. The power of the Executive Branch is vested in the President of the United States whom is responsible for commissioning Federal Judges, in addition to implementing and enforcing the laws written

by congress under Article II of the Constitution and to that end appoints heads of the its federal agencies. The Defendant (U.S.) in the first instance is responsible for the regulations, laws and ethical considerations of their customs, polices, practices and procedures, to set clear performance goals for their agencies, appointee's, administrative divisions, political subdivisions, instrumentalities and other areas subject to its jurisdiction. The Defendant (U.S.) has engaged in, authorized failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to its customs, polices practices and procedures. The Defendant (U.S.) is a corporate entity capable of suing and being sued.

13.     Defendant No. (2) OFFICE OF THE ATTORNEY GENERAL herein after (OAG) is an agency of the United States organized under the laws and Federal Constitution of the UNITED STATES. Defendant (OAG), supervises and directs the administration and operation of the Department of Justice, including the Office of Justice Programs, the U.S Attorneys and U.S. Marshals Service within the department of Justice, which in the first instance is responsible for the regulations, laws and ethical considerations of their customs, polices, practices and procedures, to set clear performance goals for their "STATE" Administrative Divisions. Defendant (OAG), has engaged in, authorized, failed to act or acquiesced to the acts complained of herein, pursuant to the Defendant (U.S.) customs, polices practices and procedures.  The Defendant (OAG) is a corporate entity capable of suing and being sued.

14.     Defendant No. (3) UNITED STATES DISTRICT COURT, Eastern District of Virginia (USDC) is an agency of the Defendant (U.S.) organized under the laws and Federal Constitution of the UNITED STATES as one of 94 district or trial courts that resolve disputes by determining the facts to apply fair and un-bias legal principles of law to decide who is right.  Defendant (USDC), has engaged in, authorized, failed to act or acquiesced to the acts complained of herein, pursuant to the Defendant (U.S.) customs, polices practices and procedures.  The Defendant (USDC) is a corporate entity capable of suing and being sued.

15.     Defendant No. (4) COMMONWEALTH OF VIRGINIA (STATE) is one of the administrative divisions of the United States including its political subdivisions, counties, townships and other areas subject to its jurisdiction, organized under the laws and Constitution of the State of Virginia. Defendant (STATE) maintains and operates its agencies, which in the first instance is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their agencies, agents and employees. Defendant (STATE) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to its customs, polices practices and procedures. The Defendant (STATE) is a corporate entity capable of suing and being sued.

16.     Defendant No. (5) OFFICE OF THE SECRETARY OF THE COMMONWEALTH herein after (OSC) is an Executive Office of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (OSC) is responsible for assisting the Governor in the authentication of documents for foreign use, certifications and filings of the Commonwealth among numerous other duties. Defendant (OSC) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  The Defendant (OSC) is a corporate entity capable of suing and being sued.

17.     Defendant No. (6) VIRGINIA OFFICE OF THE ATTORNEY GENERAL herein after (VOAG) is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (VOAG) provides legal services to the Commonwealth's agencies to defend the contractual public interest of Virginians and Virginia government. Defendant (VOAG) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  The Defendant (VOAG) is a corporate entity capable of suing and being sued.

18.     Defendant No. (7) VIRGINIA OFFICE OF THE EXECUTIVE SECRETARY of the Supreme Court of Virginia herein after (OES) is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (OES) provides administrative supervision and training to magistrates in addition to administrative support for all of the magistrate offices and courts within the Commonwealth, including the training and education of all judicial branch employees. The Defendant (OES) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  The Defendant (OES) is a corporate entity capable of suing and being sued.

19.     Defendant No. (8) COMMONWEALTH'S ATTORNEYS SERVICES COUNCIL herein after (CASC) is an agency of the Defendant (STATE) organized under the laws and Constitution of the Defendant (STATE) of Virginia, which is responsible for the training and education of Virginia's prosecutors, based on the regulations, laws and ethical considerations of their customs, polices practices and procedures, to set clear performance goals in their services to them.  Defendant (CASC) agency has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, based its education and training in service to Virginia's prosecutors pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  Defendant (CASC) is a corporate entity capable of suing and being sued.

20.     Defendant No. (9) OFFICE OF THE COMMONWEALTH'S ATTORNEY herein after (OCA) is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (OCA) agency has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  Defendant (OCA) is a corporate entity capable of suing and being sued.

21.     Defendant No. (10) CIRCUIT COURT CLERKS OFFICE herein after (CCCO) is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (CCCO) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  Defendant (CCCO) is a corporate entity capable of suing and being sued.

22.     Defendant No. (11) VIRGINIA BEACH MAGISTRATES OFFICE herein after (VBMO) is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (VBMO) operates under the supervision of the Office of the Executive Secretary of the Virginia Supreme Court and provides administrative supervision and training to magistrates. Defendant (VBMO) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures. The Defendant (VBMO) is a corporate entity capable of suing and being sued.

23.     Defendant No. (12) CITY OF VIRGINIA BEACH herein after (CITY) is a political subdivision of the Commonwealth of Virginia doing business as a municipal corporation organized under the laws and Constitution of the Defendant (STATE) and operates under a Council-Manager form of government. Defendant (CITY) maintains and operates its offices, organizations departments and correctional center. Defendant (CITY) is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their officer's and employees. Defendant (CITY) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) customs, polices practices and procedures. Defendant (CITY) is a corporate entity capable of suing and being sued.

24.     Defendant No. (13) VIRGINIA BEACH CITY MANAGERS OFFICE, herein after (CMO) is a department of the Defendant City organized under the laws and Constitution of the State that is maintained and operated by the Defendant City. The Constitution, charter, statutes and ordinances are the sources of authority for the elected officials and staff of the Defendant (CMO) in the policy making process. Defendant (CMO) has engaged in, authorized, failed to act or otherwise acquiesced in breach of

**42 U.S.C. § 1983 COMPLAINT**          P7

trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures. Defendant (CMO) is a corporate entity capable of suing and being sued.

25. Defendant No. (14) VIRGINIA BEACH POLICE DEPARTMENT herein after (VBPD) is a department of the Defendant City organized under the laws and Constitution of the State that is maintained and operated by the Defendant City. Defendant (VBPD) is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their officer's and employees. Defendant (VBPD) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures. Defendant (VBPD) is a corporate entity capable of suing and being sued.

26. Defendant No. (15) VIRGINIA BEACH SHERIFF'S OFFICE, (VBSO) is a department of the Defendant City organized under the laws and Constitution of the State that is maintained and operated by the Defendant City which in the first instance is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their organizations. Defendant (VBSO) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures. Defendant (VBSO) is a corporate entity capable of suing and being sued.

27. Defendant No. (16) VIRGINIA BEACH CORRECTIONAL CENTER herein after (VBCC) is a department of the Defendant City organized under the laws and Constitution of the State, that is maintained and operated by the Defendant City's (VBSO) which in the first instance is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their organizations. Defendant (VBCC) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures. Defendant (VBCC) is a corporate entity capable of suing and being sued.

28. Defendant No. (17) WILLIAM P. BARR the UNITED STATES ATTORNEY GENERAL herein after (BARR) is an individual whom under the Appointment Clause of the United States Constitution was nominated through the power of appointment by the president of the United States, then appointed with the advice and consent of the United States Senate and is supported by the Office of the Attorney General. The Defendant (BARR) is the head of the United States Department of Justice, the chief

lawyer of the federal government of the United States and a member of the Cabinet of the United States organized under the laws and Federal Constitution of the UNITED STATES, whom in the first instance is responsible for the regulations, laws and ethical considerations of the training customs, polices, practices and procedures of the United States Department of Justice, to set clear performance goals for their "STATE" Administrative Divisions. Defendant (BARR) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (U.S.) training, customs, polices practices and procedures. Defendant (BARR) is an individual capable of suing and being sued.

29.     Defendant No. (18) REBECCA BEACH SMITH, herein after (SMITH) is an individual whom under the Appointment Clause of the United States Constitution was nominated through the power of appointment by the president of the United States and confirmed by the United States Senate. Defendant (SMITH) acting as an organ of the court the in adjudicating legal process is required by law to correct wrongs and that the defendants failure to correct the wrongs constitutes fraud. That fraud constitutes a perjury on the Defendant (SMITH'S) Oath of Office. An action by Defendant (SMITH) in which she deprives or conspires to deprive the plaintiff of rights is an extortion of rights and a constructive fraud actionable under 42 U.S.C. § 1983. The Honorable Defendant Judge (SMITH) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (U.S.) training, customs, polices practices and procedures. The Honorable Defendant Judge (SMITH) is an individual capable of suing and being sued.

30.     Defendant No. (19) KELLY THOMASON herein after (THOMASON) is an individual doing business as the Secretary of the Commonwealth organized under the laws and Constitution of the State of Virginia. Defendant (THOMASON) is responsible for assisting the Governor in the certifications and filings of the Commonwealth in addition to the authentication of documents for foreign use maintaining all official records and keeping the seals of the defendant (STATE) among numerous other duties. Defendant (THOMASON) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  The Defendant (THOMASON) is an individual capable of suing and being sued.

31.     Defendant No. (20) MARK RANKIN HERRING herein after (HERRING) is an elected *Constitutional Officer,* presently doing business under the laws and Constitution of the State of Virginia, as the Virginia Attorney General. Defendant (HERRING) heads the defendant (VOAG) and provides representation for the Governor and the defendant (STATE) Government in general in addition to

defending the constitutionality of state laws. Defendant (HERRING) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures. Defendant (HERRING) is an individual capable of suing and being sued.

32.     Defendant No. (21) KARL R. HADE herein after (HADE) is an individual presently doing business as the Executive Secretary of the Virginia Supreme Court, organized under the laws and Constitution of the State of Virginia. Defendant (HADE) provides administrative supervision, adopts policies and training for magistrates to clarify their duties as defined by provisions of their office. Defendant (HADE) has engaged in, authorized, failed to act or acquiesced to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.   The Defendant (HADE) is an individual capable of suing and being sued.

33.     Defendant No. (22) COLIN STOLLE herein after (C. STOLLE) is an independently elected *Constitutional Officer* presently doing business under the laws and Constitution of the State of Virginia, as the Commonwealths Attorney. Defendant (C. STOLLE) Primary duty is to prosecute all felonies and misdemeanors charged under the Code of Virginia, occurring in his locality and/or jurisdiction. Defendant (C. STOLLE) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures. Defendant (C. STOLLE) is an individual capable of suing and being sued.

35.     Defendant No. (23) JASON M. KOWALSKI herein after (KOWALSKI) is presently doing business under the laws and Constitution of the State of Virginia, as the Assistant Commonwealths Attorney for the Defendant (CITY) working under the direct supervision of the commonwealth's attorney Defendant (C. STOLLE) to assist with the prosecution of all felonies and misdemeanors charged under the Code of Virginia, occurring in his locality and/or jurisdiction.  Defendant (KOWALSKI) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures. Defendant (KOWALSKI) is an individual capable of suing and being sued.

36.     Defendant No. (24) TINA ESGUERRA. SINNEN herein after (SINNEN) is an elected *Constitutional Officer* presently doing business under the laws and Constitution of the State of Virginia, as the Clerk of the Circuit Court. Defendant (SINNEN) is charged with the custody, safekeeping and proper indexing of legal and quasi-legal papers deposited in her office. Defendant (SINNEN) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein,

1   pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  Defendant

2   (SINNEN) is an individual capable of suing and being sued.

3

4       37.     Defendant No. (25) NILLA HARRIS, herein after (N. HARRIS) is an individual presently

5   doing business in the Virginia Beach Circuit Court, organized under the laws and Constitution of the State

6   of Virginia, as the Deputy Clerk of the Court. Defendant (N. HARRIS) works under the supervision of the

7   defendant (SINNEN) to perform various clerical activities that relate to the preparation and processing of

8   cases in the defendant (VBCC), which includes working directly with judicial officers, attorney's and staff
    as needed. Defendant (N. HARRIS) has engaged in, authorized, failed to act or otherwise acquiesced in

9   breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs,

10  polices practices and procedures. Defendant (N. HARRIS) is an individual, capable of suing and being
    sued.

11

12      38.     Defendant No. (26) THOMAS R. CAHILL herein after (CAHILL) is an individual doing

13  business as the Chief Magistrate for the Defendant (CITY) organized under the laws and Constitution of

14  the Defendant (STATE). Defendant (CAHILL) provides administrative supervision and training to

15  magistrates in addition to assisting in the training and supervision of magistrates within each district.

16  Defendant (CAHILL) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts
    complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and

17  procedures. The Defendant (CAHILL) is an individual capable of suing and being sued.

18      39.     Defendant No. (27) ROBERT M. 'BOBBY' DYER herein after (DYER) is an individual

19  elected as Mayor and serves as a City Council Member of the Virginia Beach City government. Defendant

20  (DYER) is responsible for the execution of the directives and policies enacted by the City Council.

21  Defendant (DYER) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to

22  the acts complained of herein, based on the Defendant (CITY'S) training, customs, polices practices and
    procedures. Defendant (DYER) is an individual, capable of suing and being sued.

23

24      40.     Defendant No. (28) PATRICK DUHANEY, herein after (DUHANEY) is an individual

25  appointed by the City council of the Defendant City and serves as the Chief Administrative Officer of the

26  Virginia Beach City government. Defendant (DUHANEY) is responsible for the execution of all City
    ordinances and policies enacted by the City Council oversight of all City Departments and operations.

27  Defendant (DUHANEY)  has engaged in, authorized, failed to act or acquiesced in breach of trust to the

28  acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and
    procedures.  Defendant (DUHANEY) is an individual, capable of suing and being sued.

**42 U.S.C. § 1983 COMPLAINT**                 P11

41.    Defendant No.   (29) STEVEN R. COVER, herein after (COVER) is an individual appointed by the former City Manager Dave Hanson and serves as the Defendant (CITY'S) Deputy City Manager responsible for public safety. Defendant (COVER) oversees the Defendant (CITY'S) first responder services including the Police Department and emergency service operations.   Defendant (COVER) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the defendant (CITY'S) training, customs, polices practices and procedures. Defendant (COVER) is an individual, capable of suing and being sued.

42.    Defendant No.   (30) DAVID SORENSON, herein after (SORENSON) is an individual presently doing business as the supervisor and manager of internal affairs/professional standards. Defendant (SORENSON) in the first instance is responsible for conducting and/or coordinating investigations of police misconduct. Defendant (SORENSON) has a collaborative relationship with the Defendant (CITY'S) Human Resources Division, Risk Management, City Attorney's Office, City Auditor's Office and other departments to ensure that the Defendant (VBPD) is in full compliance with all city, state and federal mandates and/or regulations. Defendant (SORENSON) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the defendant (CITY'S) training, customs, polices practices and procedures.   Defendant (SORENSON) is an individual, capable of suing and being sued.

43.    Defendant No. (31) KENNETH STOLLE herein after (K. STOLLE) is an appointed *Constitutional Officer* presently doing business under the laws and Constitution of the State of Virginia, as the Sheriff City of Virginia Beach. Defendant (K. STOLLE) is responsible for keeping the peace and enforcing the law in addition to managing the defendant (CITY'S) defendant (VBCC).   Defendant (K. STOLLE) has engaged in, authorized, failed to act or otherwise acquiesced to the acts complained of herein based on the Defendant (STATE'S) training, customs, polices practices and procedures. Defendant (K. STOLLE) is an individual capable of suing and being sued.

44.    Defendant No. (32) NICK BALL, herein after (BALL) is an individual presently doing business as Sgt. Nick Ball, of the defendant (CITY'S) defendant (VBPD) who was on site and directed an Assault by false arrest of the plaintiff by Officer Murawski and Officer Cordingley to serve a warrant issued on the false claim of FALSE IDENTIFY SELF TO LAW ENF, that was maliciously asserted by Officer Lipsey, which was directly related to this plaintiff's pending 42. U.S.C. § 1983 action at the time, identified herein above in paragraph #6 by its case number. Defendant (BALL)  has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.   Defendant (BALL) is an individual, capable of suing and being sued.

45.     Defendant No. (33) GARY F. CORDINGLEY, herein after (CORDINGLEY) is an individual presently doing business as a Police Officer of the Defendant (CITY'S) Defendant (VBPD) who was on site and assisted Officer Murawski in an Assault by false arrest of the plaintiff to serve a warrant issued on the false claim of FALSE IDENTIFY SELF TO LAW ENF, that was maliciously asserted by Officer Lipsey, which was directly related to this plaintiff's pending 42. U.S.C. § 1983 action at the time, identified herein above in paragraph #6 by its case number. Defendant (CORDINGLEY) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.   Defendant (CORDINGLEY) is an individual, capable of suing and being sued.

## BACKGROUND

46.     On August 6th. 2019, (QOB) filed an application for the Plaintiff CLARENCE ELLIOTT HARRIS to appear pro se, and proceed in forma pauperis ('IFP Application"), along with a proposed Complaint. IFP Appl., ECF No. 1.   On August 15 2019, the Court granted Plaintiff's IFP Application submitted by the (QOB) and directed the Clerk to file the Plaintiff's Complaint and to send waiver of service forms to Defendants.  Order, ECF No. 2. On September 4, 2019, Defendant (C. STOLLE) moved to dismiss Plaintiff's Complaint. Mot. Dismiss, ECF No. 15.  On September 25th. 2019, before the other Defendants filed their responsive pleadings, a Motion to Amend was filed by the (QOB) for the Plaintiff and attached thereto a proposed Amended Complaint.  Mot.  Amend, ECF No. 22; Proposed Am. Compl., ECF Nos. 22-1 through 22-6.  In this Motion to Amend, Plaintiff's proposed Amended Complaint contained additional facts needed to support the claim[s], the allegations pertaining to them and an amplification of some of the original allegations, Mem. Supp. Mot. Amend at 1, ECF No. 23.

48.     In an Order dated October 7, 2019, the court granted Plaintiff's Motion to Amend, directed the clerk to file Plaintiff's Amended Complaint, dismissed Defendant (C. STOLLE'S) Motion to dismiss as moot and all Defendants filed a responsive pleading to Plaintiff's Amended Complaint within twenty-one days. ECF No. 25

49.     The Defendants all filled Motions to Dismiss as follows: (1.) Commonwealth Defs.' Mot. Dismiss, ECF No. 28; (2.) Defendant C. STOLLE'S Mot. Dismiss at 1-2, ECF No. 30; (3.) and Defendant (CITY'S) Mot. to Dismiss at 1-2, ECF No. 34. The Plaintiff filed Oppositions to Defendant (C. STOLLE'S) Motion to Dismiss and the Commonwealth Defendants' Motion to Dismiss. On 10/30/2019 Plaintiff filed a Notice of Constitutional Challenge of Statutes and Motion to Intervene, ECF No. 40.

50.     The Defendant (CITY) had not filed a Motion to Dismiss at that point in time. ... because they just waited until right after the Defendant (VBPD) kidnapped the (QOB) from the Virginia Republic U.S.A on 11/11/2019, under the color of this Plaintiff's arrest, for the false charge of failing to appear for a 09/03/2019 court date in the Defendant (VBCC) and was held for 81 days under a no bond status, for a court date that never officially existed on their docket.

51.     Then on 11/13/2019 the Defendant (CITY) filed a Response to Plaintiff's *Notice of Constitutional Challenge of Statutes and Motion to Intervene,* ECF No. 41 #1 Exhibit, which was a simple screen shot photo image of the Plaintiff's (QOB) in custody mischaracterized as a Black Male and misidentified as their DEFENDANT, whom is your Plaintiff in this matter.

52.     Furthermore on the same date of 11/13/2019 the Defendant (CITY) was able to file an unchallenged Response in Opposition re 36 Motion for Leave to File Second Amended Complaint, ECF No. 42. As such Plaintiff did not abandon his claim by neglecting to file an additional brief in Opposition to the Defendant (CITY'S) Motion to Dismiss, he was captured under the color of arrest by the Defendant (VBPD) kept from appearing as a party in the Defendant (USDC). Plaintiff was confined to a cell on the floor of the Defendant (CITY'S) Defendant (VBCC), to be unlawfully deprived of additional time from his life to gain an unfair legal advantage over him, by threat, duress and coercion with additional bogus legal actions to break his spirit,  intimidate, hinder and/or completely stop him defending his claim against them.

53.     As a result of this under handed, foul, illegal and well played hale marry procedural maneuver that Defendant's (N. HARRIS, C. STOLLE, SINNEN and KOWALSKI) falsely initiated under the color of the Defendant (STATE'S) written policies, the Plaintiff's (QOB) was incarcerated on 11/11/2019 and held under the color of the Plaintiff's arrest in the Defendant (CITY'S) Defendant (VBCC), while the Defendant (CITY) filed its motion to dismiss the plaintiff complaint on 11/13/2019.

54.     Acting in a manner which was a bias and unfair denial of substantive Due Process, the Hon Defendant Judge (SMITH) entered final judgment in disregard of plaintiffs 5.1 Constitutional Challenge filed in this court, in favor of all the defendants on 05/11/2020, ECF No. 44 and denied this plaintiffs federally protected constitutional right to a jury trial.

55.     The Hon Defendant Judge (SMITH) stated in her order granting the Defendants motions to dismiss that the facts were well pled by all parties and that the *complaint was ripe for decision.* Then in a very confusing manner the Hon Defendant Judge (SMITH) ruled that the Commonwealth Defendants

Motion to Dismiss, ECF No. 28 was GRANTED; the Defendant C. STOLLE's Motion to Dismiss No. 30 was GRANTED; the Defendant CITY's Motion to Dismiss, ECF No. 34 was GRANTED; Plaintiff's Motion to file a Second Amended Complaint, ECF No. 36 was DENIED; Plaintiff's Motion to Intervene, ECF No. 40 was Dismissed as Moot. As such the Plaintiff's underlying plea's for equal protection under the law and justice under the well established federal constitutional agreements between the United States, the PUBLIC, the (QOB), Private Banker and/or Secured Party were DENIED.

## STATEMENT OF CLAIM

56.    DEFENDANT (U.S.) – THE UNITED STATES: Plaintiff affirms the well settled fact that before the President enters on the Execution of his office, he shall take the following Oath or Affirmation, -"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States." *(Please see - The Presidents Oath of Office Article II, Section 1, Clause)*

57.    By the passively aggressive acquiescence or inactions of some defendants, or by the willful and deliberate actions of other defendants specifically named herein, wherein by their aggressive acquiescence, their actions or failure to act, their refusal to give remedy and/or correct their errors, or their refusal to faithfully and impartially discharge and perform all the duties incumbent upon each of them, in their offices of honor or profit under the Constitution and laws of the United States, the President's solemn oath of office has come back void, before, during and after your Plaintiff was a party in the Defendant (USDC). Your humble Plaintiff has been pleading for even the smallest measure of consideration and protection under the law of the National Trust Agreement herein after (NTA) of the United States Federal Constitution which he has yet to receive the benefit of.

58.    Therefore the Defendant (U.S.) is in breach of the Trust Security Agreement herein after (TSA) of the Plaintiff's (QOB), that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's appointed sworn oath taking head executive officers, judicial administrators agencies and agents. Collectively these honorable defendants are deliberately acting or failing to act in a manner which is contrary to their legal obligations, by doing business in positions of Honor or Profit under its (NTA) secured by the consent of the governed "*We the People*" in breach of that solemn agreement and in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is one of the People.

59.     This honorable (QOB) comes by way of his public transmitting utility, whom is your humble Plaintiff, not to bring dishonor to any of the United States Defendants but to humbly offer *ubi jus, ibi*. Your humble Plaintiff only intends to insure that their errors are corrected, their honor is restored and that the law is fulfilled by those whom have been entrusted with the honorable legal obligation and duty under oath of doing so, thus ensuring that the Plaintiff and his (QOB) are restored to their original lawful positions of honor in commerce and fully compensated for their injuries. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the President of the Defendant (U.S.) and his Successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

60.     Defendant (OAG) – OFFICE OF THE UNITED STATES ATTORNEY GENERAL: Is an agency of the United States organized under the laws and Federal Constitution of the UNITED STATES. It is responsible for the regulations, laws and ethical considerations of their customs, polices, practices and procedures, to set clear performance goals for the Agents and Agencies of the Defendant (U.S.) and its Defendant (STATE) administrative division. As such the Defendant (OAG) has engaged in, authorized, failed to act or acquiesced to the actions of the defendants complained of herein.

61.     Therefore as the Executive Law Enforcement Agency of the Defendant (U.S.) the Defendant (OAG) is in breach of the (TSA) of the Plaintiff's (QOB), that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's appointed sworn oath taking judicial administrators and agents. The Defendant (OAG) is deliberately acting or failing to act in a manner which is contrary to or in breach of its legal obligations, by doing business in a position of Honor or Profit under its (NTA) *"The United States Federal Constitution"* secured by the consent of the governed *"We the People"* which is a constructive fraud, in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is one of the *"People"*. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the Defendant (BARR) as the United States Attorney General and his Successors as the Appointed Executive Administrative Officer of the Defendant (OAG) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

62.     Defendant (BARR) – UNITED STATES ATTORNEY GENERAL: To swear or affirm means there is an appointment affidavit (OPM Form 61) attached to your oath of office as required by 5 U.S.C. § 3331, which affirms your *Oath Of Office,* in addition to your submission of an *Affidavit As To Striking Against The Federal Government* and an *Affidavit As To The Purchase And Sale Of Office.* Each

individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath before performing the duties of office as required by 28 U.S.C. § 453.

(A) I, XXX XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do *equal right to the poor and to the rich,* and that I will faithfully and *impartially discharge and perform all the duties incumbent upon me* as XXX under the *Constitution and laws* of the United States.

(B) I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or agency thereof.

(C) I have not, nor has anyone acting on my behalf, given, transferred, promised or paid and consideration for or in exception or hope of receiving assistance in securing of this appointment.

63.    The United States Attorney General is appointed by the President of the United States and it is the Attorney General's duty in trust to ensure that the laws of the country (the *United States*) are enforced, including against the country's highest office holders  to insure that President's oath of office does not come back void.  The Plaintiff's (QOB) submitted a 5.1 Constitutional Challenge to a Statute to the defendant United States District Court and the United States Attorney General, Defendant (BARR) pursuant to the Federal Rules of Civil Procedure herein after (FRCP).

64.    The Honorable Defendant (BARR) ought to have received certification from the Defendant (USDC) pursuant to 28 U.S.C. § 2403 that a statute or statutes have been questioned. Plaintiff delivered notice of his constitutional challenge to Defendant (BARR) by certified U.S. mail and hand delivered a copy of that notice to his main office headquarters in Washington, DC. Defendant (BARR) had 60 days to intervene after that notice was filed, or after the court certified the challenge or which ever was earlier. Plaintiff's constitutional claim or defense was timely asserted and filed in accordance to the (FRCP) therefore the Defendant (USDC'S) failure to certify the constitutional challenge does not forfeit his claim.

65.    Defendant (BARR) is now more than 356 days in breach of trust and counting as of the date of this complaint, by failing to perform under his obligation to ensure that the U.S. President's Oath of Office does not come back void, which raises the following questions pertaining to his solemn sworn

**42 U.S.C. § 1983 COMPLAINT**          P17

oath of office: Is Defendant (BARR) participating in any strike against the Government of the United States or the Defendant (USDC), which prevents him from performing his sworn duty to give equal protection under the law to this humble Plaintiff and the Defendants? When will Defendant (BARR) start administering justice without respect to persons poor or rich and do equal right to this humble Plaintiff and the Defendants? When will Defendant (BARR) begin to faithfully and impartially discharge and perform all the duties incumbent upon him as the United States Attorney General, under the Constitution and laws of the United States to finally intervene in response to the Plaintiff's standing, un-forfeited constitutional challenge?

66.     As such Defendant (BARR) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such harm, in exchange for the use of his credit. Defendant (BARR) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (NTA) of the *"United States Federal Constitution"* secured by the consent of the governed *"We the People"* in breach of that solemn agreement, which is a constructive fraud of this judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is one of the People.

67.     Defendant (BARR'S) acquiescence, his refusal to give remedy and/or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States is a near treasonous action, that is contrary to his duty and his sworn oath of office.  Defendant (BARR) has failed to act in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (BARR) as the United States Attorney General and his Successors as the Appointed Head Executive Administrative Judicial Agent of the Defendant (U.S) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of your appointment affidavit (OPM Form 61) attached to your oath of office.

68.     Defendant (USDC) – UNITED STATES DISTRICT COURT: Federal laws passed by Congress are signed by the President of the United States, enforced by the United States Attorney General and it is the Federal Courts whom hear cases involving the constitutionality of a law. The judicial branch decides the constitutionality of federal laws, in addition to resolving disputes about federal laws to *decide*

*what really happened* by *looking beyond the face of the asserted facts* in a documented claim or counter claim to *find the truth* and decide what should be done about it.

69.     The Defendant (USDC'S) failure to perform its honorable duty fairly, effectively, equally and justly under the Constitution and laws of the United States, is a breach of its legal obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (USDC) with an unlawful gain or to deprive or deny the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

- **Inherent in fraud** is an unjust advantage over another which injures that person or entity.
- **Constructive fraud** can be proven by a showing of a breach of legal duty.
- **Extrinsic fraud** occurs when deceit is employed to keep a party from exercising a right to lawfully manage their own public interest, or enjoy the benefit of a fair trial by jury in a lawsuit.

70.     The Defendant (USDC) has allowed this Plaintiff to suffer an inherent fraud of its process by allowing him to be forced into a legally disadvantageous position in its court, by parties he was suing whom acted with malicious intent outside of their jurisdiction once again, to incarcerate the Plaintiff's (QOB) under the color of the Plaintiff's arrest, to kept him from appearing in the Defendant (USDC) to defend his claim in violation of 42 U.S.C. § 1985.

71.     As such the Defendant (USDC'S) acquiescence in breach of trust, its refusal to give remedy and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a federal agency operating under the Constitution and laws of the United States, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of its judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. The Defendant (USDC) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (NTA) of the United States Federal Constitution. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the Honorable Mark S. Davis, Chief Judge and Fernando Galindo, Clerk of the Defendant (USDC) and their successors for honor and returns it for value in the form of this 42 U.S.C. 1983 complaint, supported

by his attached affidavit in rebuttal of their appointment affidavits (OPM Form 61) attached to their oath's of office.

72.     Defendant Hon. Judge  (SMITH) – UNITED STATES DISTRICT COURT JUDGE: To swear or affirm means there is an appointment affidavit (OPM Form 61) attached to your oath of office as required by 5 U.S.C. § 3331, which affirms your *Oath Of Office,* in addition to your submission of an *Affidavit As To Striking Against The Federal Government* and an *Affidavit As To The Purchase And Sale Of Office.* Each individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath before performing the duties of office as required by 28 U.S.C. § 453.

**(A)** I, XXX XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do *equal right to the poor and to the rich,* and that I will faithfully and *impartially discharge and perform all the duties incumbent upon me* as XXX under the *Constitution and laws* of the United States.

**(B)** I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or agency thereof.

**(C)** I have not, nor has anyone acting on my behalf, given, transferred, promised or paid and consideration for or in exception or hope of receiving assistance in securing of this appointment.

73.     This Plaintiff's (QOB) submitted a 42 U.S.C. § 1983 complaint appearing by way of his transmitting utility, your Plaintiff in the United States District Court, Eastern District of Virginia, pleading for help and relief in defense of his right to life, liberty, the pursuit of happiness, his property rights in equity and his federally protected constitutional rights. Your humble Plaintiff's (QOB) was desperately attempting to secure his privately controlled, foreign international contractual interests from being interfered with by the Defendant (CITY) and (STATE),  their public authorities, agencies, agents, officials, officers and employee's.

74.     To add further insult to the injuries this Plaintiff and his (QOB) incurred as a result of the defendants criminal actions detailed in the original complaint, they appear to have been assisted in getting away with taking anything and everything they wanted from this Plaintiff and his (QOB), with a facially valid and bias dismissal order of the Plaintiff's complaint in their absolute favor, by the Defendant Hon. Judge (SMITH). This is a clear abuse of her discretion in breach of trust under her oath of office and the

**42 U.S.C. § 1983 COMPLAINT**                    P20

(NTA) of the United States Constitution, which is constitutes a constructive fraud of the judicial administrative process upon the Plaintiff and his (QOB) in violation of his federally protected constitutional rights.

75.     In the face of every undeniable and clear prima facie fact of evidence submitted by the Plaintiff, consisting of well documented public filings from the Virginia Beach General District Court all the way up to Executive Administrators of the U.S. Presidents Cabinet, the defendants received notices of the original beneficiary's registered corrected political status. These notices were submitted over a two year period to the (CITY) and (STATE) Defendants and presented in his 42 U.S.C. § 1982 complaint, as observable facts/proof supporting his statement of claim. Some small measure of the requested relief ought to have been granted, were an actual controversy was so clearly apparent to Defendant Hon. Judge (SMITH). Instead of any measure of relief, all of the Plaintiff's pleadings to include his 5.1 constitutional challenge, his request for the U.S. Attorney General to intervene, his demand for a jury trial, his request for declaratory judgment and requests for temporary/permanent injunctions to stop the criminal actions of the named Defendants against him, were unequivocally denied and dismissed entirely.

76.     The defendants all received a total, complete, unwavering and absolute legal advantage by the thumb on the scale, favor they received from the Hon. Defendant Judge (SMITH'S) final judgment, in complete acceptance of their claims of absolute immunity from prosecution. Defendants were rewarded for operating under color of law and committing illegal acts multiple times outside of their jurisdiction.  In a brazen abuse of her discretion, the Hon. Defendant Judge (SMITH) validated all of their merit-less off point legal conclusions raised in their defense. The Defendants desperately asserted, unproven political theories of the Plaintiff's alleged sovereign citizenship in support of their motions to dismiss his claim under Rule 12 (b)(6) were also accepted.

77.     The decision of the Hon. Defendant Judge (SMITH) to dismiss the Plaintiff's complaint so thoroughly appears to have been done in the absence of any fair and just judicial review of the laws, governing the lawful administrative actions of the defendant public authorities, constitutional officers, agencies, agents/employee's. It is a clear breach of the public trust secured by her oath of office as defined by 28 U.S.C. § 453, in addition to being a clear abuse of her discretion.

78.     The Hon. Defendant Judge (SMITH) appears to have overlooked basic principles of justice in denial of all the observable prima facie evidence, of the numerous criminal acts and unconstitutional errors of defendant's, whom boldly admit too their lawless actions by claiming nothing more than absolute immunity from prosecution for their crimes and the alleged failure of this Plaintiff to state a claim under rule 12(b)(6), using off point legal conclusions of law, as a half measured key defense.

79.     The Defendants never affirmed that due process was given to the Plaintiff in defense of his claim that it was not given, nor did anyone of the defendants assert that they acted absolutely in adherence to the laws of their creation which governs their administrative authority. In fact the Defendants didn't submit any documentation as requested to stand as factual evidence to support even one single fact of their off point legal conclusions of law. It appears to this Plaintiff as though they didn't actually have to prove their arguments in the Defendant (USDC) and they knew it because the never tried to disprove or discredit any point of fact asserted in his claim against them.

80.     The primary function of federal judges is to *resolve matters* brought before the United States Federal Courts. The Hon. Defendant Judge (SMITH) states in her order to dismiss this Plaintiff's original complaint that the facts were so well pled by all parties that there was no need for a trial and that this matter was ripe for decision meaning that the plaintiff had exhausted all other remedies and that an actual controversy (ripe for decision) exists that the Supreme Court must decide. Therefore the Hon. Defendant Judge (SMITH'S) appears to have known at the time, that this Plaintiff and his (QOB) had standing in equity under his contract and in his complaint charging the defendants for his injuries.

81.     Actual Controversy: a real dispute between parties with true adverse legal interests *(contracts)* based on facts existing at the time the suit is brought. An actual controversy is a constitutional requirement for federal courts that demands there be a real dispute between two parties *(the Creditor and the Debtor)* capable of being resolved by the court *(the Judge)*, as opposed to a hypothetical case brought in an attempt to get the court to issue an advisory opinion.  (Please see Art III, Section 2 Clause 1.)

82.     It appears that the Hon. Defendant Judge (SMITH) decided to take absolutely no action to right the wrong when she clearly acknowledges the existence of an actual controversy, in which all measures taken by this Plaintiff to obtain relief from his injuries had been exhausted. Furthermore Hon. Defendant Judge (SMITH) appears to have decided not to take any action to protect your poor Plaintiff or his (QOB), from further harm, injury and injustice, after being jailed without just cause and rendered homeless by the criminal actions of such powerfully rich Defendants, Persons, and/or Public Authorities. Plaintiff affirms that the Hon. Defendant Judge (SMITH) simply gave 100% of the protection of law to all of the Debtors and/or Defendants in that complaint and gave 0.00% of any protection under the law to this Plaintiff, causing injury to his (QOB) whom is the Creditor with superior title and rights over the Debtors.

83.     Plaintiff opinion is that Defendant Hon. Judge (SMITH) had five primary facts to determine in order that she may enter a lawfully just ruling to resolve an actual controversy: (1.) Who is the Creditor? (2.) Who is the Debtor? (3.) Were the equitable rights of either party forfeited by the

commission of any crime in violation of any State and/or Federal statute or any State and/or Federal Constitutional Law in question? (4.) Was there a valid and enforceable secured contract in equity and/or constitutional law between the parties that was breached? (5.) and What will her determination of the reality of the *(truth)* be, based upon the demonstrative evidence she derived from the due diligence of her judicial investigation, into and/or beyond the face of the facts that were laid directly before her, to fulfill her *(propriety)* duty to do what is right according to the truth, under her sworn oath to ensure that *(justice)* is done to restore *(order),* as a Senior Judge of the United States District Court.

84.     The Plaintiff's Original Beneficiary or primary beneficiary is the individual whom is first in line to receive the benefits of his deceased account holder's trust.  Therefore as a matter of well established law, the Plaintiff's (QOB) is the Creditor appearing before this Honorable Court by way of his secured public interest, trust and/or public transmitting utility in commerce, whom is your Plaintiff, to redress injuries willfully caused to him as the Secured Party Creditor/Private Banker in breach of valid and enforceable secured contracts in equity and constitutional law, by the Defendants in his original complaint, which Defendant (SMITH) dismissed in the absolute favor of each of the Defendants.

85.     Plaintiff affirms that his "Original Beneficiary" is lawfully registered as the "Qualified Beneficiary" who is the living person whom on the date his qualification was determined *(The date he was registered as a Secured Party Creditor of the trust, which is on file in this court.)* he became the distributee or permissible distributee of all trust income or principle of any accounts created in the Plaintiff's name. To include this 42 U.S.C. 1983 complaint and the original complaint now on appeal from the fraud of its dismissal in the United States Fourth Circuit Court of Appeals. As such your Plaintiff affirms that it is his (QOB) whom desires to settle and close all the accounts opened in suit to include all of the defendants criminal complaints against his public trust past and present, dismissed or active to distribute an agreed upon portion of the trust income from the settled accounts to the United States as per their (TSA), its federal agency's, administrators/trustee's, beneficiaries or parties to the open 42 U.S.C. § 1983 claims and their trustee's for the services rendered in the interest of justice, thereby restoring all persons/parties to honor without further delay, to correct their errors and redress the injuries they have caused. Plaintiff's (QOB) desires to resolve this matter together in honor with the trustees rather than continue this "Qualified Creditor" with droit-droit double rights and superior title to his first in line, first in time claims over his international contract in equity vs. the dead wrong Debtors futile protest of motions to dismiss. Plaintiff affirms that it is the Defendants who choose to desperately argue in dishonor rather than correct their errors, while they were up to their noses in the cold deep maritime waters of dishonor in office. There are a few Defendants in this complaint who face certain criminal liability, all the way up to their own indictments and criminal convictions *unless they choose to correct their errors.* Until then......

42 U.S.C. § 1983 COMPLAINT                P23

86.     The Hon. Defendant Judge (SMITH'S) acquiescence in breach of trust, her refusal to give remedy and/or her refusal to impartially discharge and perform all the duties incumbent upon her, as a Federal Judge operating under the Constitution and laws of the United States, is an action that is contrary to her legal obligation. The Hon. Defendant Judge (SMITH) has failed to act in clear denial of this Plaintiff's (QOB'S) right to equal protection under the law in violation of Art III, Section 2 Clause 1 of the United States Constitution, causing or otherwise allowing him and his (QOB) to be injured further, by her constructive fraud of the judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. The Hon. Defendant Judge (SMITH) is liable for the absolute absence of any legal action that was her duty to have taken to right a wrong by resolving the controversy she acknowledges the existence of, which constitutes an inherent, constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (NTA) of the United States Federal Constitution. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the Hon. Defendant Judge (SMITH) and her successors for honor and returns it for value in the form of this 42 U.S.C. 1983 complaint, supported by his attached affidavit in rebuttal of her appointment affidavit (OPM Form 61) attached to her oath of office.

87.     Defendant (STATE) – THE COMMONWEALTH OF VIRGINIA: Plaintiff affirms the well settled fact that all officers elected or appointed under or pursuant to this Constitution shall, before they enter on the performance of their public duties, severally take and subscribe the following oath or affirmation -"I do solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution of the Commonwealth of Virginia and that I will faithfully and impartially discharge all the duties incumbent upon me as Governor according to the best of my ability so help me God." *(Please see - The Governor's Oath of Office Article II, Section 7, Oath or Affirmation.)*

88.     By the passively aggressive acquiescence or inactions of some defendants, or by the willful and deliberate actions of other defendants specifically named herein, wherein by their aggressive acquiescence, their actions or failure to act, their refusal to give remedy and/or correct their errors, or their refusal to faithfully and impartially discharge and perform all the duties incumbent upon each of them, in their offices of honor or profit under the Constitution and laws of the United States, and the Constitution of the Commonwealth of Virginia the Governor's solemn oath of office has come back void, before, during and after your Plaintiff was a party in the Defendant (USDC). Your humble Plaintiff has been pleading for even the smallest measure of consideration and protection under the laws of the "State Trust Agreement" herein after (STA), of the Constitution of the Commonwealth of Virginia in the lower Defendant (STATE) courts, which he has yet to receive the benefit of.

89.     Therefore the Defendant (STATE) is in breach of the (TSA) of the Plaintiff's (QOB), that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's appointed sworn oath taking head executive officers, judicial administrators agencies and agents. Collectively these honorable defendants are deliberately acting or failing to act in a manner which is contrary to their legal obligations, by doing business in positions of Honor or Profit under its (STA) of the Constitution of the (STATE), secured by the consent of the Good People of Virginia in breach of that solemn agreement which is a constructive fraud of the judicial process, in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Good People of Virginia U.S.A."

90.     This Honorable (QOB) comes by way of his public transmitting utility, whom is your humble Plaintiff, not to bring dishonor to any of the State Defendants but to humbly offer *ubi jus, ibi*. Your humble Plaintiff only intends to insure that their errors are corrected, their honor is restored and that the law is fulfilled by those whom have been entrusted with the honorable legal obligation and duty under oath of doing so, thus ensuring that the Plaintiff and his (QOB) are restored to their original lawful positions of honor in commerce and fully compensated for their injuries.  Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the Ralph Northam Governor of the Defendant (STATE) and his Successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

91.     Defendant (CASA) – COMMONWEALTH ATTORNEY SERVICES COUNCIL: The Commonwealth's Attorney Services Council is established as a supervisory council, within the meaning of § 2.2-2100, in the executive branch of state government. The porpoise of the Council shall be to ensure their upgrading of criminal justice administration by providing and coordinating training, education and services for attorneys for the Commonwealth, there is created in the executive branch the Commonwealth's Services Council that shall be under the direction and control of the Governor.

92.     By the passively aggressive acquiescence or inactions of the Commonwealth Attorneys Defendants (HERRING), (STOLLE) and (KOWALSKI)  or by their willful and deliberate actions or failure to act, their refusal to give remedy and/or correct their errors, or their refusal to faithfully and impartially discharge and perform all the duties incumbent upon each of them, in their offices of honor or profit under the Constitution and laws of the United States, and the Constitution of the Commonwealth of Virginia, in accordance to the Defendant (STATE'S) training, customs, policies and procedures the Governor's solemn oath of office has come back void, before, during and after your Plaintiff was a party

in the Defendant (USDC). Your humble Plaintiff has been pleading for even the smallest measure of consideration and protection under the laws of the (STA), of the Constitution of the Commonwealth of Virginia in the lower Defendant (STATE) courts, which he has yet to receive the benefit of.

93.     The Defendant (CASA) is in breach of the (TSA) of the Plaintiff's (QOB), that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's trained Commonwealth's Attorney Defendants.  Collectively these honorable defendants are deliberately acting or failing to act in a manner which is contrary to their legal obligations, by doing business in positions of Honor or Profit under its (STA) of the Constitution of the Commonwealth of Virginia, secured by the consent of the Good People of Virginia in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Good People of Virginia U.S.A." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the Governor of the Defendant (STATE) as Director of the Defendant (CASC) and his Successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

94.     <u>DEFENDANT (OSC) – OFFICE OF THE SECRETARY OF THE COMMONWEALTH:</u> Is an agency of the Defendant (STATE) organized under the laws and Constitution of the Commonwealth of Virginia. The Defendant (OSC) is responsible for assisting the Governor in the authentication of *documents for foreign use, certifications and filings* of the Commonwealth among numerous other duties. The Plaintiff reported the timely certified filing of the notices of his corrected political status and his private property rights to title over his public interest to the Defendant (OSC).

95.     Relying on the Defendant (OSC) to properly file the afore stated notices, the Plaintiff motioned the lower Defendant (STATE) courts for relief from their claims of debt, with an offer of full payment pursuant to his lawful obligation as the (QOB), to settle and discharge their claims. The Agents, and Officers of the lower Defendant (STATE) courts stated there was no evidence or legal merit to Plaintiff's attempt to exercise his rights or otherwise dismissed his notices as sovereign filings and continued to injure his (QOB) as the Debtor and/or defendant in their court proceedings.  As such by the Defendant (OSC'S) failure to record the Plaintiffs (QOB'S) registered documents, submitted for foreign use by certified U.S. Mail, as filings of the Commonwealth, the Defendant (OSC) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, in violation of the Plaintiff's federally protected constitutional rights, pursuant to the Defendant (STATE'S) customs, polices practices and procedures.

**42 U.S.C. § 1983 COMPLAINT**          P26

96.     The Defendant (OSC'S) failure to perform its honorable duty under the Constitution and laws of the Commonwealth of Virginia is a breach of its legal obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S) and (STATE) with an unlawful gain, which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

97.     As such the Defendant (OSC) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's trained Commonwealth's Attorney Defendants.  The Defendant (OSC'S) acquiescence in breach of trust, its refusal to give remedy and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a State Agency operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured, by the constructive fraud of its judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights.

98.     The Defendant (OSC) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (STA) of the Constitution of the Commonwealth of Virginia. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Kelly Thomasson, Secretary of the Commonwealth as the Executive Administrator or Head of the Defendant (OSC) and her successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of her oath of office.

99.     Defendant (THOMASON) – SECRETARY OF THE COMMONWEALTH: As a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution  of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (So help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

100.    As the Executive Head of the Defendant (OSC), the Plaintiff is holding Defendant (THOMASSON) liable for breach of trust under the (STA) of the *Constitution of the Commonwealth of Virginia* and the (NTA) of the *Constitution of the United States,* due to her failure of to perform her honorable sworn duty under the Constitution and laws of the Commonwealth of Virginia, in breach of her legal obligations which is an inherent and constructive fraud of the judicial process upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S) and (STATE) with an unlawful gain, which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (THOMASSON), Secretary of the Commonwealth as the Executive Administrator or Head of the Defendant (OSC) and her successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of her oath of office.

101.    <u>Defendant (OES) – OFFICE OF THE EXECUTIVE SECRETARY:</u> Is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (OES) provides administrative supervision and training to magistrates in addition to administrative support for all of the magistrate offices and courts within the Commonwealth, including the training and education of all judicial branch employees. The Defendant (OES) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) customs, polices practices and procedures.

102.    Plaintiff submitted notice to Defendant (OES) of his (QOB'S) registered documents filed on the public side for private notice that he has corrected his political status, by certified U.S. Mail. The (OES) failed to give notice to the lower courts of your Plaintiffs (QOB'S) corrected political status, to prevent him from incurring such harm or injury as the Creditor, and to protect themselves from such terrible liability as Debtors, pursuant to his timely notice given in advance of their claims.

103.    The Agencies, Agents, Officials and Officers of the lower Defendant (STATE) courts stated there was no evidence or legal merit to Plaintiff's attempt to exercise his rights or otherwise dismissed his notices as sovereign filings and continued to injure his (QOB) as the Debtor and/or defendant in their court proceedings. As such by the Defendant (OES'S) failure to as the principle to give notice to its agents, of the Plaintiffs (QOB'S) corrected political status, the Defendant (OES) has engaged in, authorized, failed to act or acquiesced in breach of the (STA) by the acts complained of herein, in violation of the Plaintiff's federally protected constitutional rights, pursuant to the Defendant (STATE'S) customs, polices practices and procedures.  Therefore this humble Plaintiff and his (QOB) hereby accepts

the Oath of Office of Defendant (HADE), Executive Secretary of the Virginia Supreme Court of the Defendant (OES) and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

104.    Defendant (HADE) – EXECUTIVE SECRETARY OF THE VIRGINIA SUPREME COURT: As a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution  of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (So help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

105.    Defendant (HADE) is an individual presently doing business as the Executive Secretary of the Virginia Supreme Court, organized under the laws and Constitution of the (STATE). This includes the training and education of all judicial branch employees.  The notices that this Plaintiff submitted to Defendant (HADE'S) Defendant (OES), of his (QOB'S) registered documents filed on the public side for private notice that he has corrected his political status, by certified U.S. Mail were either, misfiled, lost or destroyed. In the unlikely event that the Plaintiffs documented notices have survived and are presently still in the custody of the Defendant (OES), then Defendant (HADE) has failed to give notice to the lower courts of your Plaintiffs (QOB'S) corrected political status, to prevent him from incurring such harm or injury as the Creditor, and so they could protect themselves from such terrible liability as Debtors, pursuant to his timely notice given in advance of their claims.

106.    Defendant (HADE) has engaged in, authorized, failed to act or acquiesced to the acts complained of herein, pursuant to the Defendant (STATE'S) customs, polices practices and procedures. As the Executive Head of the Defendant (OES), the Plaintiff is holding Defendant (HADE) liable for breach of trust under the (STA) of the *Constitution of the Commonwealth of Virginia,* and the (NTA) of the *Constitution of the United States,* due to his failure to perform his honorable sworn duty under the Constitution and laws of the (STATE) in breach of his legal obligations, which is an inherent and constructive fraud of the judicial process upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S) and (STATE) with an unlawful gain, which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. Therefore this humble Plaintiff and his (QOB) hereby accepts the

Oath of Office of Defendant (HADE), and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

107.    Defendant (VOAG) – VIRGINIA OFFICE OF THE ATTORNEY GENERAL: Is an Agency of the Defendant (STATE) organized under the laws and Constitution of the Commonwealth of Virginia. The Defendant (VOAG) provides legal services to the Commonwealth's agencies to defend the *contractual public interest of Virginians* and Virginia government. Defendant (VOAG) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) customs, polices practices and procedures.

108.    Therefore as the Executive Law Enforcement Agency of the Defendant (STATE) the Defendant (VOAG) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's appointed sworn oath taking judicial administrators and agents. The Defendant (VOAG) is deliberately acting or failing to act in a manner which is contrary to or in breach of its legal obligations, by doing business in a position of Honor or Profit under its (STA) *"The Constitution of the Commonwealth of Virginia"* secured by the consent of the Good People of Virginia in breach of that solemn agreement and in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Good People of Virginia U.S.A.." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (HERRING) as the Attorney General of Virginia and his Successors as the Elected Constitutional Officer whom is the Executive Administrative Head of the Defendant (VOAG) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

109.    Defendant (HERRING) – ATTORNEY GENERAL OF VIRGINIA: No person shall have the power to act, in any office, legislative, executive, or judiciary, before he shall have given such assurance, and shall moreover have taken such of the following oaths, it another be not specifically prescribed, as adapted to his case. The oath of an Attorney General; "I, XXX XXX elected Attorney General of Virginia, by the representatives thereof, do solemnly promise and swear, that I will, to the best of my skill and judgment, execute the said office diligently and faithfully, according to law, without favor, affection, or partiality; that I will to the utmost of my power, protect the citizens of the commonwealth in the secure enjoyment of their rights, franchises, and privileges, and will constantly endeavor that the laws and ordinances of the commonwealth be duly observed, and that law and justice, in mercy, be executed in

all judgments etc., as required by 98. A Bill Prescribing The Oath of Fidelity and The Oaths of Certain Public Officers, 18 June 1779.

110. Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

111. Plaintiff affirms that the Attorney General of Virginia is a publicly elected executive official by the representatives thereof, in the Virginia State government and it is the Attorney General of Virginia's fiduciary duty in trust, to defend the constitutionality of state laws among other duties, to insure that his oath of office does not come back void. The Plaintiff's (QOB) submitted a 5.1 Constitutional Challenge to a Statute to the Virginia Beach Circuit Court and the Attorney General of Virginia, Defendant (HERRING) pursuant to the (FRCP).

112. The Honorable Defendant (HERRING) ought to have received certification from the Virginia Beach Circuit Court pursuant to 28 U.S.C. § 2403 that a statute or statutes have been questioned. Plaintiff delivered notice of his constitutional challenge to Defendant (HERRING) by certified U.S. mail and hand delivered a copy of that notice to his main office headquarters in Richmond Virginia. Defendant (HERRING) had 60 days to intervene after that notice was filed, or after the court certified the challenge or which ever was earlier. Plaintiff's constitutional claim or defense was timely asserted and filed in accordance to the (FRCP) therefore the Virginia Beach Circuit Court's failure to certify the constitutional challenge does not forfeit his claim.

113. Defendant (HERRING) is now more than 730 days in breach of trust and counting as of the date of this complaint, by failing to perform under his obligation to ensure that his Oath of Office does not come back void, which raises the following questions pertaining to his solemn sworn oath of office: Is Defendant (HERRING) participating in any strike against the Government of the United States or the Virginia Beach Circuit Court, which prevents him from performing his sworn duty to give equal protection under the law to this humble Plaintiff and the Defendants? When will Defendant (HERRING) start administering justice without respect to persons poor or rich and do equal right to this humble Plaintiff and the Defendants? When will Defendant (HERRING) begin to faithfully and impartially

**42 U.S.C. § 1983 COMPLAINT**                    P31

discharge and perform all the duties incumbent upon him as the Attorney General of Virginia, under the Constitution and laws of the United States and the Commonwealth State of Virginia to finally intervene in response to the Plaintiff's standing, un-forfeited constitutional challenge?

114.    As such Defendant (HERRING) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (HERRING) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

115.    Defendant (HERRING'S) acquiescence, his refusal to give remedy and/or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office.  Defendant (HERRING) has failed to act in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

116.    This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S) and (STATE) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (HERRING'S) acquiescence in breach of trust, his refusal to give remedy and/or his refusal to impartially discharge and perform all the duties incumbent upon him, as the Attorney General of Virginia,  operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

117.    Defendant (HERRING)  has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (HERRING) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People"

under the (NTA) of the *United States Federal Constitution*. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (HERRING) as the Attorney General of Virginia and his Successors as the Appointed Head Executive Administrative Judicial Agent of the Defendant (STATE) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

118.    Defendant (OCA) – OFFICE OF THE COMMONWEALTH'S ATTORNEY: Is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (OCA) agency has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

119.    Therefore as the Law Enforcement Agency of the Defendant (STATE) for the Defendant (CITY) the Defendant (OCA) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's appointed sworn oath taking judicial administrators and agents. The Defendant (OCA) is deliberately acting or failing to act in a manner which is contrary to or in breach of its legal obligations, by doing business in a position of Honor or Profit under its (STA) *"The Constitution of the Commonwealth of Virginia"* secured by the consent of the Good People of Virginia in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Good People of Virginia U.S.A.." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (C. STOLLE) as the Commonwealth's Attorney for the Defendant (CITY) and his Successors as the Elected Constitutional Officer whom is the Executive Administrative Head of the Defendant (OCA) for honor and returns it for value in the form of this 42 U.S.C. 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

120.    Defendant (C. STOLLE) – COMMONWEALTH'S ATTORNEY FOR THE CITY OF VIRGINIA BEACH: Is an independently elected *Constitutional Officer* presently doing business under the laws and Constitution of the State of Virginia, as the Commonwealths Attorney for the Defendant (CITY). Defendant (C. STOLLE'S) primary duty is to prosecute all felonies and misdemeanors charged under the Code of Virginia, *occurring in his locality and/or jurisdiction*. Defendant (C. STOLLE) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

121.    Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

122.    In criminal breach of trust Defendant (C. STOLLE) has prosecuted or directed his Assistant Commonwealth Attorney's to prosecute the Plaintiff whom is not located within his jurisdiction, for crimes which he knew had never actually occurred at anytime, in any jurisdiction or realty, be it public or private. Defendant (C. STOLLE) directed or acquiesced to this constructive fraud of process in order to create fraudulent trust indentures, to incarcerate the Plaintiff for 81 days and keep him from appearing as a party in the Defendant (USDC) to defend his multimillion dollar 42 U.S.C. § 1983 lawsuit claimed against him and the Defendant (STATE) et. al, in violation of 42 U.S.C. § 1985. Defendant (C. STOLLE) coordinated, directed or otherwise acquiesced to this intrinsic fraud of process to unlawfully deny the Plaintiff's (QOB) of his title and private property rights over his own secured public interest, for the unjust gain of the Defendant (STATE) and/or (U.S.) in violation of his federally protected constitutional rights.

123.    As such Defendant (C. STOLLE) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (C. STOLLE) is deliberately acting or failing to act in a manner which is contrary to, or in criminal breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in criminal breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

124.    Defendant (C. STOLLE'S) acquiesce, his refusal to give remedy and/or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office. Defendant (C. STOLLE) has failed to act in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

125.     This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S) and (STATE) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (C. STOLLE'S) acquiesce in breach of trust, his refusal to give remedy and/or his refusal to impartially discharge and perform all the duties incumbent upon him, as the Commonwealth's for the City of Virginia Beach, operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

126.     Defendant (C. STOLLE) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (C. STOLLE) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People" under the (NTA) of the *United States Federal Constitution.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (C. STOLLE) as the Commonwealth's Attorney for the City of Virginia Beach and his Successors as the Elected Head Executive Administrative Judicial Agent of that judicial branch of the Defendant (STATE) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

127.     Defendant (KOWALSKI) – ASSISTANT COMMONWEALTH'S ATTORNEY: Is presently doing business under the laws and Constitution of the State of Virginia, as the Assistant Commonwealths Attorney for the Defendant (CITY) working under the direct supervision of the Commonwealth's Attorney Defendant (C. STOLLE) to assist with the prosecution of all felonies and misdemeanors charged under the code of Virginia, occurring in his locality and/or jurisdiction. Defendant (KOWALSKI) has engaged in, authorized, failed to act or otherwise acquiesced in criminal breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

128.     Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability,

**42 U.S.C. § 1983 COMMPLAINT**          P35

(so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

129.     In criminal breach of trust Defendant (KOWALSKI) has prosecuted the Plaintiff whom is not located within his jurisdiction, for crimes which he knew had never actually occurred at anytime, in any jurisdiction or realty, be it public or private. Under Defendant (C. STOLLE'S) supervision, Defendant (KOWALSKI) committed this constructive fraud of process in order to create fraudulent trust indentures, incarcerate the Plaintiff for 81 days against his written will and his (TSA) with the Defendant (U.S.) to keep him from appearing as a party in the Defendant (USDC), to defend his multimillion dollar 42 U.S.C. § 1983 lawsuit, claimed against Defendant (C. STOLLE) and the Defendant (STATE) et. al, in violation of 42 U.S.C. § 1985. Defendant (KOWALSKI) conducted this intrinsic fraud of process to unlawfully deny the Plaintiff's (QOB) of his title and private property rights over his own secured public interest, for the unjust benefit, financial gain and/or enrichment of the Defendant (STATE) and/or (U.S.), in violation of his federally protected constitutional rights.

130.     As such Defendant (KOWALSKI) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (KOWALSKI) is deliberately acting or failing to act in a manner which is contrary to, or in criminal breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in criminal breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

131.     Defendant (KOWALSKI'S) acquiescence, his refusal to give remedy and/or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office.  Defendant (KOWALSKI) has failed to act in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

132.     This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S) and (STATE) with an unlawful gain that deprives or denies the Plaintiff and his (QOB) of their

money, private property and legal rights. As such Defendant (KOWALSKI'S) acquiescence in breach of trust, his refusal to give remedy and/or his refusal to impartially discharge and perform all the duties incumbent upon him, as the Assistant Commonwealths Attorney, operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

133.   Defendant (KOWALSKI) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (KOWALSKI) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People" under the (NTA) of the *United States Federal Constitution.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (KOWALSKI) as the Assistant Commonwealth's Attorney for the City of Virginia Beach and his Successors as the Assistant Administrative Judicial Agent of that judicial branch of the Defendant (STATE) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

134.   <u>Defendant (CCCO) – CIRCUIT COURT CLERKS OFFICE:</u> Is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (CCCO) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

135.   The Defendant (CCCO) failure to perform its honorable duty fairly, effectively, equally and justly under the Constitution and laws of the Commonwealth of Virginia, is a breach of its legal obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (STATE) and/or (U.S.) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

136.   The Defendant (CCCO) has allowed this Plaintiff to suffer an inherent fraud of its process by allowing him to be forced into a legally disadvantageous position in its court, by parties he was suing

whom acted with malicious intent outside of their jurisdiction once again, to incarcerate the Plaintiff's (QOB) under the color of the Plaintiff's arrest, to keep him from appearing in the Defendant (USDC) to defend his claim in violation of 42 U.S.C. § 1985.

137.     As such the Defendant (CCCO'S) acquiescence in breach of trust, its refusal to give remedy and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a state agency operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of its judicial process, in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. The Defendant (CCCO) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the (NTA) of the *Constitution for the United States*. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the Honorable Defendant (SINNEN), Clerk of the Defendant (CCCO) and her successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of her oath of office.

138.     Defendant (SINNEN) – CLERK OF THE CIRCUIT COURT: Is an elected *Constitutional Officer* presently doing business under the laws and Constitution of the Defendant (STATE), as the Clerk of the Circuit Court. Defendant (SINNEN) is charged with the custody, safekeeping and proper indexing of legal and quasi-legal papers deposited in her office. Defendant (SINNEN) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.  Defendant (SINNEN) is an individual capable of suing and being sued.

139.     Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

**42 U.S.C. § 1983  COMPLAINT**                    P38

140.     Defendant (SINNEN'S) failure to record the Plaintiffs (QOB'S) registered documents in the Defendant (CCCO) that were submitted to Defendant (THOMASSON'S)  Defendant (OSC) for foreign use by certified U.S. Mail, as filings of the Commonwealth, with the Defendant (CCCO). Plaintiff (QOB) filed documents giving notice to the Defendant (CCCO) and Defendant (SINNEN) that his address had been changed and that his political status had been corrected. Plaintiff's (QOB) filed document proof of his registered corrected status and the relocation of his public interest to a private location of safe harbor outside of the jurisdiction of the Defendant (STATE).

141.     When the Plaintiff returned after filing the aforementioned documented notices to get stamped/certified copies they were once again reportedly lost, misfiled, or otherwise destroyed. Plaintiff's (QOB) filed additional copies of his documents in the custody of the (CCCO) which also became un-retrievable upon the Plaintiffs request as if they were never filed, or they were quickly dismissed as sovereign filings, without any evidence or factual merit to support their baseless assertions of any such presentment of criminal political theories of the Plaintiffs alleged sovereign citizenship. The inability of Defendant (SINNEN'S) entire office of professional deputy clerks to competently take custody of the Plaintiffs documents to record, file and retrieve them on demand is a direct reflection upon her supervision and a constructive fraud of process upon his person. Defendant (SINNEN) has engaged in, authorized, failed to act or acquiesced in criminal breach of trust to the acts complained of herein, in violation of the Plaintiff's federally protected constitutional rights, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

142.     As such Defendant (SINNEN) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed in the Defendant (CCCO) and on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (SINNEN) is deliberately acting or failing to act in a manner which is contrary to, or in criminal breach of her legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in criminal breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

143.     Defendant (SINNEN'S) acquiescence, and/or her refusal to faithfully and impartially discharge and perform all the duties incumbent upon her, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to her duty and her sworn oath of office.  Defendant (SINNEN) has failed to act in clear denial or willful disregard of this

**42 U.S.C. § 1983 COMPLAINT**                    P39

Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

144. This Fraud is an intentionally deceptive action designed to provide the Defendant (STATE) and/or (U.S.) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (SINNEN) acquiescence in breach of trust, her refusal to impartially discharge and perform all the duties incumbent upon her, as the Clerk of the Circuit Court City of Virginia Beach, operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to her legal obligations in office.

145. Defendant (SINNEN) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (SINNEN) is liable for her absolute absence of any legal action that was her duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People" under the (NTA) of the *United States Federal Constitution.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (SINNEN) as the Clerk of the Circuit Court for the City of Virginia Beach and her Successors as the Head Administrative Agent of that judicial branch of the Defendant (STATE) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of her oath of office.

146. Defendant (N. HARRIS) – DEPUTY CLERK OF THE CIRCUIT COURT: Is an individual presently doing business in the Virginia Beach Circuit Court, organized under the laws and Constitution of the State of Virginia, as the Deputy Clerk of the Court. Defendant (N. HARRIS) works under the supervision of Defendant (SINNEN) to perform various clerical activities that relate to the preparation and processing of cases in the Defendant (CCCO), which includes working directly with judicial officers, attorney's and staff as needed. Defendant (N. HARRIS) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

147. Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall

take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

148.    Defendant (N. HARRIS) has legal and ethical obligations as an officer of the court tasked to participate to the best of her ability, in the functioning of the judicial system as a whole, in order to forge justice out of the application of law, and the simultaneous pursuit of the *legitimate interests* of all parties. On 09/03/2019 Defendant (N. HARRIS) stamped and singed a document/documents in a conspiracy to create a trust indenture against the Plaintiff, commissioning a warrant for his arrest upon the courts false claim of failing to appear on that day. This unscheduled hearing suddenly materialized into existence after the Plaintiff filed a multimillion dollar 42. U.S.C. § 1983 complaint against Defendant (C. STOLLE) Defendant (SINNEN) and the Defendant (STATE) et. al.. The scheduled 09/11/2019 jury trail at the request of the Plaintiff dematerialized off of the docket. Defendant (SINNEN) did not directly perform duties as the clerk of the court for that erroneous proceeding. Defendant (N. HARRIS) was designated in her absence as the Deputy Clerk of the Court, vested with all of the authority and liability of Defendant (SINNEN) to perform with the same effect as if performed by the clerk for whom she serves as deputy and before entering upon her duties take the oath prescribed in § 49-1 and shall furnish bond in the same amount as is required of the clerk.  Defendant (N. HARRIS) attempted to validate the fraud of an illegitimate trust indenture that was facially invalid or otherwise void on its face with her stamp and signature as the deputy clerk vested with the same power, authority, legal and ethical obligations of Defendant (SINNEN).

148.    As such Defendant (N. HARRIS) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed in the Defendant (CCCO) and on the private side for public notice, indemnifying him from such harm, in exchange for the use of his credit. Defendant (N. HARRIS) is deliberately acting or failing to act in a manner which is contrary to, or in criminal breach of her legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in criminal breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

149.    Defendant (N. HARRIS'S) acquiescence, and/or her refusal to faithfully and impartially discharge and perform all the duties incumbent upon her, under the Constitution and laws of the United

States and the Commonwealth of Virginia is a near treasonous action, which is contrary to her duty and her sworn oath of office. Defendant (N. HARRIS) has failed to act in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

150.    This Fraud is an intentionally deceptive action designed to provide the Defendant (STATE) and (U.S.) with an unlawful gain or to deprive or deny the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (N. HARRIS) acquiesce in breach of trust, her refusal to impartially discharge and perform all the duties incumbent upon her, as the Clerk of the Circuit Court City of Virginia Beach, operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to her legal obligations in office.

151.    Defendant (N. HARRIS) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (N. HARRIS) is liable for her absolute absence of any legal action that was her duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People" under the (NTA) of the *United States Federal Constitution.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (N. HARRIS) as the Clerk of the Circuit Court for the City of Virginia Beach and her Successors as an Administrative Agent of that judicial branch of the Defendant (STATE) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of her oath of office.

152.    Defendant (VBMO) – VIRGINIA BEACH MAGISTRATES OFFICE:  Is an agency of the Defendant (STATE) organized under the laws and Constitution of the State of Virginia. Defendant (VBMO) operates under the supervision of the Office of the Executive Secretary of the Virginia Supreme Court, which provides administrative supervision and training to magistrates. Defendant (VBMO) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

153.    The Defendant (VBMO'S) failure to perform its honorable duty fairly, effectively, equally and justly under the Constitution and laws of the Commonwealth of Virginia, is a breach of its legal

obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S) and (STATE) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

154.    The Defendant (VBMO) has allowed this Plaintiff to suffer an inherent fraud of its process by allowing him to be forced into a legally disadvantageous position, by parties he was suing whom acted with malicious intent to file false criminal complaints in the (VBMO) so they could act outside of their jurisdiction, to incarcerate the Plaintiff's (QOB), under the color of the Plaintiff's arrest. The Defendant (VBMO) added further injury to the (QOB) by denying the Plaintiff any fair consideration of receiving bail in violation of the bail reform act, in a conspiracy to aide or assist the other parties to this suit, to keep him from appearing in the Defendant (USDC) to defend his original multimillion dollar claim against them in violation of 42 U.S.C. § 1985.

155.    As such the Defendant (VBMO'S) acquiescence in breach of trust, its refusal to give remedy in the form of bail and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a state agency operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of its judicial process, in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. The Defendant (VBMO) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the (NTA) of the *Constitution for the United States*. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of the Honorable Defendant (CAHILL), Chief Magistrate of the Defendant (VBMO) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

156.    Defendant (CAHILL) – CHIEF MAGISTRATE CITY OF VIRGINIA BEACH: Is an individual doing business as the Chief Magistrate for the Defendant (CITY) organized under the laws and Constitution of the Defendant (STATE). Defendant (CAHILL) provides administrative supervision and

training to magistrates in addition to assisting in the training and supervision of magistrates within each district. Defendant (CAHILL) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (STATE'S) training, customs, polices practices and procedures.

157.    Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

158.    In criminal breach of trust Defendant (CAHILL) has received false criminal complaints and/or processed them without independently investigating the facts presented by the law enforcement officers making the claims. Defendant (CAHILL) processed those false complaints or directed his Assistant Magistrates to receive such complaints and generate warrants for this Plaintiffs arrest without question, for crimes which never actually occurred at anytime, in their jurisdiction or in any other jurisdiction or realty, be it public or private. Defendant (CAHILL) directed or acquiesced to this constructive fraud of process in order to allow parties in the Plaintiffs original multimillion dollar against them to create fraudulent trust indentures, which allowed them to incarcerate the Plaintiff's (QOB) for 81 days, under the color of the Plaintiffs arrest, to keep him from appearing as a party in the Defendant (USDC) in violation of 42 U.S.C. § 1985. Defendant (CAHILL) coordinated, directed or otherwise acquiesced to this intrinsic fraud of process to unlawfully deny the Plaintiff's (QOB) of his title and private property rights over his own secured public interest, for the unjust gain of the Defendant (STATE) and/or (U.S.) in violation of his federally protected constitutional rights.

159.    As such Defendant (CAHILL) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (CAHILL) is deliberately acting or failing to act in a manner which is contrary to, or in criminal breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in criminal breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

**42 U.S.C. § 1983 COMPLAINT**                    P44

160.    Defendant (CAHILL) acquiescence, his refusal to give remedy and/or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office.  Defendant (CAHILL) has failed to act in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

161.    This Fraud is an intentionally deceptive action designed to provide the Defendant (STATE) and/or (U.S.) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (CAHILL) acquiescence in breach of trust, his refusal to give remedy and/or his refusal to impartially discharge and perform all the duties incumbent upon him, as the Chief Magistrate for the City of Virginia Beach, operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

162.    Defendant (CAHILL) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (CAHILL) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People" under the (NTA) of the *United States Federal Constitution.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (CAHILL) as the Chief Magistrate for the City of Virginia Beach and his Successors as the Head Executive Administrative Judicial Agent of that judicial branch of the Defendant (STATE) for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

163.    Defendant (CITY) – CITY OF VIRGINIA BEACH: Is a political subdivision of the Commonwealth of Virginia doing business as a municipal corporation organized under the laws and Constitution of the Defendant (STATE) and operates under a Council-Manager form of government. Defendant (CITY) maintains and operates its offices, organizations departments and correctional center. Defendant (CITY) is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their officer's and

**42 U.S.C. § 1983 COMPLAINT**                    P45

employees. Defendant (CITY) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) customs, polices practices and procedures.

164.    Plaintiff affirms the well settled fact that all officers elected or appointed under or pursuant to this Constitution shall, before they enter on the performance of their public duties, severally take and subscribe the following oath or affirmation -"I do solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution of the Commonwealth of Virginia and that I will faithfully and impartially discharge all the duties incumbent upon me as Governor according to the best of my ability so help me God." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

165.    By the passively aggressive acquiescence or inactions of some defendants, or by the willful and deliberate actions of other defendants specifically named herein, wherein by their aggressive acquiescence, their actions or failure to act, their refusal to give remedy and/or correct their errors, or their refusal to faithfully and impartially discharge and perform all the duties incumbent upon each of them, in their offices of honor or profit under the Constitution and laws of the United States, and the Constitution of the Commonwealth of Virginia the Mayor's solemn oath of office has come back void, before, during and after your Plaintiff was a party in the Defendant (USDC).

166.    Therefore the Defendant (CITY) is in breach of the (TSA) of the Plaintiff's (QOB), that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit and is hereby being held liable forthwith, for the breaches in trust performed by it's appointed sworn oath taking head executive officers, judicial administrators agencies and agents. Collectively these honorable defendants are deliberately acting or failing to act in a manner which is contrary to their legal obligations, by doing business in positions of Honor or Profit under its (STA) of the Constitution of the (STATE), secured by the consent of the Good People of Virginia in breach of that solemn agreement which is a constructive fraud of the judicial process, in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Good People of Virginia U.S.A."

167.    This Honorable (QOB) comes by way of his public transmitting utility, whom is your humble Plaintiff, not to bring dishonor to any of the State Defendants but to humbly offer *ubi jus, ibi*. Your humble Plaintiff only intends to insure that their errors are corrected, their honor is restored

and that the law is fulfilled by those whom have been entrusted with the honorable legal obligation and duty under oath of doing so, thus ensuring that the Plaintiff and his (QOB) are restored to their original lawful positions of honor in commerce and fully compensated for their injuries. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (DYER) Mayor of the Defendant (CITY) and his Successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

168.    Defendant (DYER) – MAYOR CITY OF VIRGINIA BEACH: Is an individual elected as Mayor and serves as a City Council Member of the Virginia Beach City government. Defendant (DYER) is responsible for the execution of the directives and policies enacted by the City Council. The Mayors administrative responsibility is to ensure the enforcement of all laws and ordinances relative to the governance of the city and in the exercise of its corporate powers and cause the implementation of all approved policies, programs, projects, services and actives of the City of Virginia Beach. Defendant (DYER) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, based on the Defendant (CITY'S) customs, polices practices and procedures.

169.    Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

170.    Plaintiff affirms that the Mayor of the City of Virginia Beach is a publicly elected executive official by the representatives thereof, in the Local City government and it is the Mayor's fiduciary duty in trust, to support the constitutionality of state and local city laws among other duties, to insure that his oath of office does not come back void. Which raises the following questions: When will Defendant (DYER) discharge and perform all the duties incumbent upon him as the Mayor of the City of Virginia Beach, under the Constitution and laws of the United States and the Commonwealth State of Virginia? When will Defendant (DYER) take action to stop this plaintiff from suffering due to the constructive fraud of policies, practices and procedures of the organizations, departments, official's officers and employees under his executive administrative supervision and/or control?

171.    As such Defendant (DYER) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (DYER) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

172.    Defendant (DYER'S) acquiescence, or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office.  Defendant (DYER) has failed to act under his legal obligation in office in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

173.    This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S.), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (DYER'S) acquiescence in breach of trust, his refusal to impartially discharge and perform all the duties incumbent upon him, as the Mayor of the City of Virginia Beach,  operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

174.    Defendant (DYER)  has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (DYER) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (DYER) Mayor of the Defendant (CITY) and his Successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of that oath.

175.     Defendant (CMO) – VIRGINIA BEACH CITY MANAGERS OFFICE: Is a department of the Defendant City organized under the laws and Constitution of the State that is maintained and operated by the Defendant (CITY). The Constitution, charter, statutes and ordinances are the sources of authority for the elected officials and staff of the Defendant (CMO) in the policy making process. Defendant (CMO) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.

176.     The Defendant (CMO'S) failure to perform its honorable duty fairly, effectively, equally and justly under the Constitution and laws of the Commonwealth of Virginia, is a breach of its legal obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

177.     The Defendant (CMO) has allowed this Plaintiff to suffer an inherent fraud of its process by allowing him to be forced into a legally disadvantageous position, in a clear conflict of interests when the Defendant (CITY) was being sued for the actions of officers within its Police Department. The Defendant (CMO) is responsible for the policy making process and the policies their officials used with malicious intent to file false criminal complaints in the Defendant (VBMO), so they could act outside of their jurisdiction, to incarcerate the Plaintiff's (QOB), under the color of the Plaintiff's arrest. The Defendant (CMO) acted or failed to act in a conspiracy to aide or assist the other parties in keeping the Plaintiff from appearing in the Defendant (USDC) to defend his original multimillion dollar claim against Defendant (CITY) and the defendant members of its Police Department in violation of 42 U.S.C. § 1985.

178.     As such the Defendant (CMO'S) acquiescence in breach of trust, and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a City entity operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of its judicial process, in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. The Defendant (CMO) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process,

secured by the consent of the governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the (NTA) of the *Constitution for the United States*. Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (DUHANEY), City Manager of the Defendant (CMO) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

179.   Defendant (DUHANEY) – MANAGER CITY OF VIRGINIA BEACH: Is an individual appointed by the City council of the Defendant City and serves as the Chief Administrative Officer of the Virginia Beach City government. Defendant (DUHANEY) is responsible for the execution of all City ordinances and policies enacted by the City Council oversight of all City Departments and operations. Defendant (DUHANEY)  has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.

180.   Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

181.   Plaintiff affirms that the Manager of the City of Virginia Beach is an appointed executive official by the representatives thereof, in the Local City government and it is the Manager's fiduciary duty in trust, to support the constitutionality of state and local city laws among other duties, to insure that his oath of office does not come back void.  Which raises the following questions: When will Defendant (DUHANEY) discharge and perform all the duties incumbent upon him as the Manager of the City of Virginia Beach, under the Constitution and laws of the United States and the Commonwealth State of Virginia? When will Defendant (DUHANEY) take action to stop this plaintiff from suffering due to the constructive fraud of policies, practices and procedures of the organizations, departments, official's officers and employees under his executive administrative supervision and/or control?

182.   As such Defendant (DUHANEY) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange

for the use of his credit. Defendant (DUHANEY) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

183.    Defendant (DUHANEY'S) acquiescence, or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office. Defendant (DUHANEY) has failed to act under his legal obligation in office in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

184.    This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S.), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (DUHANEY'S) acquiescence in breach of trust, his refusal to impartially discharge and perform all the duties incumbent upon him, as the Manager of the City of Virginia Beach,  operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

185.    Defendant (DUHANEY) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (DUHANEY) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (DUHANEY), City Manager of the Defendant (CMO) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

**42 U.S.C. § 1983 COMPLAINT**              P51

186.   Defendant (COVER) – DEPUTY CITY MANAGER CITY OF VIRGINIA BEACH: Is an individual appointed by the former City Manager Dave Hanson and serves as the Defendant (CITY'S) Deputy City Manager responsible for public safety. Defendant (COVER) oversees the Defendant (CITY'S) first responder services including the Police Department and emergency service operations. Defendant (COVER) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the defendant (CITY'S) training, customs, polices practices and procedures.

187.   Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

188.   Plaintiff affirms that the Deputy Manager of the City of Virginia Beach is an appointed executive official by the representatives thereof, in the Local City government and it is the Deputy Manager's fiduciary duty in trust, to support the constitutionality of state and local city laws among other duties, to insure that his oath of office does not come back void.  Which raises the following questions: When will Defendant (COVER) discharge and perform all the duties incumbent upon him as the Deputy City Manager of the City of Virginia Beach, under the Constitution and laws of the United States and the Commonwealth State of Virginia? When will Defendant (COVER) take action to stop this plaintiff from suffering due to the constructive fraud of policies, practices and procedures of the organizations, departments, official's officers and employees under his executive administrative supervision and/or control?

189.   As such Defendant (COVER) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (COVER) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

190.    Defendant (COVER'S) acquiescence, or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office.  Defendant (COVER) has failed to act under his legal obligation in office in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

191.    This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S.), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (COVER'S) acquiescence in breach of trust, his refusal to impartially discharge and perform all the duties incumbent upon him, as the Manager of the City of Virginia Beach,  operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

192.    Defendant (COVER) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (COVER) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (COVER), Deputy City Manager of the Defendant (CMO) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

193.    Defendant (VBSO) – <u>VIRGINIA BEACH SHERIFF'S OFFICE:</u> Is a department of the Defendant City organized under the laws and Constitution of the State that is maintained and operated by the Defendant (CITY) which in the first instance is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their organizations.  Defendant (VBSO) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures

**42 U.S.C. § 1983 COMPLAINT**               P53

194.    The Defendant (VBSO) failure to perform its honorable duty fairly, effectively, equally and justly under the Constitution and laws of the Commonwealth of Virginia, is a breach of its legal obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

195.    The Defendant (VBSO) has allowed this Plaintiff to suffer an inherent fraud of its process by allowing him to be forced into a legally disadvantageous position, in a clear conflict of interests when the Defendant (CITY) was being sued for the actions of officers within its Police Department. The Defendant (VBSO) acted or failed to act in a conspiracy to aide or assist the other parties in keeping the Plaintiff from appearing in the Defendant (USDC) to defend his original multimillion dollar claim against Defendant (CITY) and the defendant members of its Police Department in violation of 42 U.S.C. § 1985.

196.    As such the Defendant (VBSO'S) acquiescence in breach of trust, and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a City entity operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of its judicial process, in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. The Defendant (VBSO) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the (NTA) of the *Constitution for the United States.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (K. STOLLE), Sheriff of the Defendant (VBSO) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

197.    Defendant (VBCC) – VIRGINIA BEACH CORRECTIONAL CENTER: Is a department of the Defendant City organized under the laws and Constitution of the State, that is maintained and operated by the Defendant City's (VBSO) which in the first instance is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear

performance goals for their organizations. Defendant (VBCC) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.

198.    The Defendant (VBSO) failure to perform its honorable duty fairly, effectively, equally and justly under the Constitution and laws of the Commonwealth of Virginia, is a breach of its legal obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

199.    The Defendant (VBSO) has allowed this Plaintiff to suffer an inherent fraud of its process by allowing him to be forced into a legally disadvantageous position, in a clear conflict of interests when the Defendant (CITY) was being sued for the actions of officers within its Police Department. The Defendant (VBSO) acted or failed to act in a conspiracy to aide or assist the other parties in keeping the Plaintiff from appearing in the Defendant (USDC) to defend his original multimillion dollar claim against Defendant (CITY) and the defendant members of its Police Department in violation of 42 U.S.C. § 1985.

200.    As such the Defendant (VBSO'S) acquiescence in breach of trust, and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a City entity operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of its judicial process, in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. The Defendant (VBSO) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the (NTA) of the *Constitution for the United States.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (K. STOLLE), Sheriff of the Defendant (VBSO) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

**42 U.S.C. § 1983 COMPLAINT**              P55

201.   <u>Defendant (K. STOLLE) – SHERIFF CITY OF VIRGINIA BEACH:</u> Is an appointed *Constitutional Officer* presently doing business under the laws and Constitution of the State of Virginia, as the Sheriff City of Virginia Beach. Defendant (K. STOLLE) is responsible for keeping the peace and enforcing the law in addition to managing the Defendant (CITY'S) Defendant (VBCC).  Defendant (K. STOLLE) has engaged in, authorized, failed to act or otherwise acquiesced to the acts complained of herein based on the Defendant (STATE'S) training, customs, polices practices and procedures. Defendant (K. STOLLE) is an individual capable of suing and being sued.

202.   Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

203.   Plaintiff affirms that the Sheriff of the City of Virginia Beach is an appointed Constitutional Officer in the Local City government and it is the Sheriff's fiduciary duty in trust, to support the constitutionality of state and local city laws among other duties, to insure that his oath of office does not come back void.  Which raises the following questions: When will Defendant (K. STOLLE) discharge and perform all the duties incumbent upon him as the Sheriff of the City of Virginia Beach, under the Constitution and laws of the United States and the Commonwealth State of Virginia? When will Defendant (K. STOLLE) take action to stop this plaintiff from suffering due to the constructive fraud of policies, practices and procedures of the organizations, departments, official's officers and employees under his executive administrative supervision and/or control?

204.   As such Defendant (K. STOLLE) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (K. STOLLE) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

205.    Defendant (K. STOLLE'S) acquiescence, or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office. Defendant (K. STOLLE) has failed to act under his legal obligation in office in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

206.    This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S.), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (K. STOLLE'S) acquiescence in breach of trust, his refusal to impartially discharge and perform all the duties incumbent upon him, as the Sheriff of the City of Virginia Beach,  operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

207.    Defendant (K. STOLLE) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (K. STOLLE) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (K. STOLLE), Sheriff of the Defendant (VBSO) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

208.    Defendant (VBPD) – VIRGINIA BEACH POLICE DEPARTMENT: Is a department of the Defendant City organized under the laws and Constitution of the State that is maintained and operated by the Defendant City. Defendant (VBPD) is responsible for the regulations, laws and ethical considerations of their training, customs, polices, practices and procedures, to set clear performance goals for their officer's and employees.  Defendant (VBPD) has engaged in, authorized, failed to act or otherwise acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.

**42 U.S.C. § 1983 COMPLAINT**               P57

209. The Defendant (VBPD'S) failure to perform its honorable duty fairly, effectively, equally and justly under the Constitution and laws of the Commonwealth of Virginia, is a breach of its legal obligation which is an inherent and constructive fraud upon this humble Plaintiff and his (QOB'S) federally protected constitutional rights. This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, property and legal rights. As a party who has lost something due to fraud, the Plaintiff is entitled to file a lawsuit for damages against a party acting fraudulently and the damages may include punitive damages as a punishment or public example.

210. The Defendant (VBPD) has allowed this Plaintiff to suffer an inherent fraud of its process by allowing him to be forced into a legally disadvantageous position, in a clear conflict of interests when the Defendant (CITY) was being sued for the actions of officers within its Police Department. The Defendant (VBPD) is responsible for the policy making process and the policies their officials used with malicious intent to file false criminal complaints in the Defendant (VBMO), so they could act outside of their jurisdiction, to incarcerate the Plaintiff's (QOB), under the color of the Plaintiff's arrest. The Defendant (VBPD) acted or failed to act in a conspiracy to aide or assist the other parties in keeping the Plaintiff from appearing in the Defendant (USDC) to defend his original multimillion dollar claim against Defendant (CITY) and the defendant members of its Police Department in violation of 42 U.S.C. § 1985.

211. As such the Defendant (VBPD'S) acquiescence in breach of trust, and/or its refusal to impartially discharge and perform all the duties incumbent upon it, as a City entity operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to its legal obligation and it has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of its judicial process, in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights.

212. The Defendant (VBPD) is liable for its absolute absence of any legal action, that was its duty to have taken which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the (NTA) of the *Constitution for the United States.* Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Paul W. Neudigate, Police Chief of the Defendant (VBPD) for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

213.  Defendant (SORENSON) – PROFESSIONAL STANDARDS DIVISION OF THE VBPD: Is an individual presently doing business as the supervisor and/or manager of the internal affairs/professional standards division. Defendant (SORENSON) in the first instance is responsible for conducting and/or coordinating investigations of police misconduct. Defendant (SORENSON) has a collaborative relationship with the Defendant (CITY'S) Human Resources Division, Risk Management, City Attorney's Office, City Auditor's Office and other departments to ensure that the Defendant (VBPD) is in full compliance with all city, state and federal mandates and/or regulations. Defendant (SORENSON) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the defendant (CITY'S) training, customs, polices practices and procedures.

214.  Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

215.  Plaintiff affirms that Defendant (SORENSON) of the Defendant (VBPD) is hired as an administrative official supervising the Professional Standards Division of the Defendant (VBPD) by the representatives thereof, in the Local City government and it is his fiduciary duty in trust, to support the constitutionality of state and local city laws among other duties, to insure that his oath of office does not come back void.  Which raises the following questions: When will Defendant (SORENSON) discharge and perform all the duties incumbent upon him as the administrative official supervising the Professional Standards Division of the Defendant (VBPD), under the Constitution and laws of the United States and the Commonwealth State of Virginia? When will Defendant (SORENSON) take action to stop this plaintiff from suffering due to the constructive fraud of policies, practices and procedures of the organizations, departments, official's officers and employees under his executive administrative supervision and/or control?

216.  As such Defendant (SORENSON) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (SORENSON) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the

"*Good People of Virginia*" in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

217.    Defendant (SORENSON'S) acquiescence, or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office. Defendant (SORENSON) has failed to act under his legal obligation in office in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

218.    This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S.), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (SORENSON'S) acquiescence in breach of trust, his refusal to impartially discharge and perform all the duties incumbent upon him, an administrative official supervising the Professional Standards Division of the Defendant (VBPD),  operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

219.    Defendant (SORENSON) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (SORENSON) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (SORENSON) as the administrative official supervising the Professional Standards Division of the Defendant (VBPD), for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

220.    Defendant (BALL) – SUPERVISOR VIRGINIA BEACH POLICE DEPARTMENT: Is an individual presently doing business as Sgt. Nick Ball, of the Defendant (CITY'S) Defendant (VBPD) who was on site and directed an Assault by false arrest of the plaintiff by Officer Murawski and Defendant (CORDINGLEY) to serve a warrant issued on the false claim of FALSE IDENTIFY SELF TO LAW ENF, that was maliciously asserted by Officer Lipsey, which was directly related to this Plaintiff's pending 42. U.S.C. § 1983 action at the time, identified herein above in paragraph #6 by its case number. Defendant (BALL)  has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.

221.    Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

222.    Plaintiff affirms that Defendant (BALL) of the Defendant (VBPD) is hired as an administrative official supervising the Police Officer on the Warrant Unit Division of the Defendant (VBPD) by the representatives thereof, in the Local City government and it is his fiduciary duty in trust, to support the constitutionality of state and local city laws among other duties, to insure that his oath of office does not come back void.  Which raises the following questions: When will Defendant (BALL) discharge and perform all the duties incumbent upon him as the administrative official supervising the Police Officer on the Warrant Unit Division of the Defendant (VBPD), under the Constitution and laws of the United States and the Commonwealth State of Virginia? When will Defendant (BALL) take action to stop this plaintiff from suffering due to the constructive fraud of policies, practices and procedures of the organizations, departments, official's officers and employees under his executive administrative supervision and/or control?

223.    As such Defendant (BALL) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (BALL) is deliberately acting or failing to act in a manner which

is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

224.    Defendant (BALL) acquiescence, or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office. Defendant (BALL) has failed to act under his legal obligation in office in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

225.    This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S.), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (BALL'S) acquiescence in breach of trust, his refusal to impartially discharge and perform all the duties incumbent upon him, an administrative official supervising the Professional Standards Division of the Defendant (VBPD), operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

226.    Defendant (BALL) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (BALL) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (BALL) as the administrative official supervising the Professional Standards Division of the Defendant (VBPD), for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

227.   Defendant (CORDINGLEY) – VIRGINIA BEACH POLICE DEPARTMENT: Is an individual presently doing business as a Police Officer of the Defendant (CITY'S) Defendant (VBPD) who was on site and assisted Officer Murawski in an Assault by false arrest of the plaintiff to serve a warrant issued on the false claim of FALSE IDENTIFY SELF TO LAW ENF, that was maliciously asserted by Officer Lipsey, which was directly related to this plaintiff's pending 42. U.S.C. § 1983 action at the time, identified herein above in paragraph #6 by its case number. Defendant (CORDINGLEY) has engaged in, authorized, failed to act or acquiesced in breach of trust to the acts complained of herein, pursuant to the Defendant (CITY'S) training, customs, polices practices and procedures.

228.   Plaintiff affirms that as a matter of well established law in the Commonwealth of Virginia, every person before entering upon the discharge of any function as an officer of the Commonwealth shall take and subscribe the following oath: "I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as XXX XXX according to the best of my ability, (so help me God)." As required by 2006 Code of Virginia § 49-1. Form of general oath required of officers.

229.   Plaintiff affirms that Defendant (CORDINGLEY) of the Defendant (VBPD) is doing business as a Police Officer on the Warrant Unit Division of the Defendant (VBPD) by the representatives thereof, in the Local City government and it is his fiduciary duty in trust, to support the constitutionality of state and local city laws among other duties, to insure that his oath of office does not come back void. Which raises the following questions: When will Defendant (BALL) discharge and perform all the duties incumbent upon him as a Police Officer on the Warrant Unit Division of the Defendant (VBPD), under the Constitution and laws of the United States and the Commonwealth State of Virginia?

230.   As such Defendant (CORDINGLEY) is in breach of the (TSA) of the Plaintiff's (QOB) that was filed on the private side for public notice, indemnifying him from such egregious harm, in exchange for the use of his credit. Defendant (CORDINGLEY) is deliberately acting or failing to act in a manner which is contrary to, or in breach of his legal obligations, by doing business in a position of Honor or Profit under the (STA) of the *"Constitution of the Commonwealth of Virginia"* secured by the consent of the *"Good People of Virginia"* in breach of that solemn agreement, which is a constructive fraud of the judicial process in violation of the federally protected constitutional rights of the Plaintiff and his (QOB), whom is "One of the Secured Good People" of Virginia U.S.A.

231.     Defendant (CORDINGLEY) acquiescence, or his refusal to faithfully and impartially discharge and perform all the duties incumbent upon him in his office, under the Constitution and laws of the United States and the Commonwealth of Virginia is a near treasonous action, that is contrary to his duty and his sworn oath of office. Defendant (CORDINGLEY) has failed to act under his legal obligation in office in clear denial or willful disregard of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, in violation of his (TSA) with the Defendant (U.S.) which is a fraud upon his federally protected constitutional rights and is hereby being held liable forthwith.

232.     This Fraud is an intentionally deceptive action designed to provide the Defendant (U.S.), (STATE) and (CITY) with an unlawful gain which deprives or denies the Plaintiff and his (QOB) of their money, private property and legal rights. As such Defendant (CORDINGLEY'S) acquiescence in breach of trust, operating under the Constitution and laws of the Commonwealth of Virginia, is an action that is contrary to his legal obligations in office.

233.     Defendant (CORDINGLEY) has failed to act in clear denial of this Plaintiff's right to equal protection under the law, causing or otherwise allowing him and his (QOB) to be injured further, by the constructive fraud of the Defendant (STATE'S) judicial process in violation of his (TSA) with the Defendant (U.S.) and his federally protected constitutional rights. Defendant (CORDINGLEY) is liable for his absolute absence of any legal action that was his duty to have taken, which constitutes an inherent constructive and extrinsic fraud of the judicial administrative process, secured by the consent of the "Good People" governed under the (STA) of the *Constitution of the Commonwealth of Virginia* and the "People." Therefore this humble Plaintiff and his (QOB) hereby accepts the Oath of Office of Defendant (CORDINGLEY) as a Police Office on the Warrant Unit Division of the Defendant (VBPD), for the Defendant (CITY) of Virginia Beach and his successors for honor and returns it for value in the form of this 42 U.S.C. § 1983 complaint, supported by his attached affidavit in rebuttal of his oath of office.

234.     <u>SHOCKING THE CONSCIENCE OF THE COURT:</u> The substantive component of the Due Process Clause bars certain government actions regardless of the fairness of the procedures used to implement them. Thus the "touchstone of due process is the protection of the individual against arbitrary action of government." Generally an act must *"shock the conscience"* in order to constitute a violation of substantive due process. The parties to an action in this United States District Court blatantly acted beyond certain limits of decency and fairness, to prevent the Plaintiff from appearing or responding in defense of his claim against them in violation of 42 U.S.C. § 1985 and his federally protected constitutional rights.

235.     Additionally the Defendants appear to have been assisted with a facially valid/bias dismissal ruling of the Plaintiff's complaint in their absolute favor, by the Defendant Hon Judge (SMITH) in abuse of her discretion. In concert or conspiracy with each other by their deliberate actions or their dead silent acquiescence, Defendants (STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI) maliciously allowed, conspired or arranged to have the (QOB) incarcerated under the color of the Plaintiffs arrest and held indefinitely in anguish without a reasonable possibility of bail as was his right under the bail reform act. This was done in violation of 42 U.S.C. § 1985 to keep the Plaintiff from appearing as a party in this United States District Court for 81 days, causing the forfeit and/or dismissal of his original claim in violation of his federally protected constitutional rights.

236.     Defendants (STATE, CITY, VBPD, C. STOLLE and SINNEN) boldly and brazenly committed this additional injustice and egregious injury to the Plaintiff while they were being sued by the Plaintiff for the very same crimes of false arrest and false imprisonment, among other causes of action, in violation of his federally protected constitutional rights, after they had received multiple public notices from Plaintiff's original beneficiary of his corrected political status, documented publicly filed notices of his lawfully registered title and rights of ownership over the CLARENCE ELLIOTT HARRIS TRUST.

237.     Defendants (OCA, CCCO, N. HARRIS, C. STOLLE and SINNEN) received pleadings to dismiss, notice to cease and desist, notices of error and numerous willfully disregarded and/or ignored opportunities to cure over a period of three years, before they veered this far inland off of their lawfully designated course, way…..out of their jurisdiction, their administrative authority, control and immunities from prosecution, as defined by the laws of their creation.  These Defendants by their silent acquiescence in disregard of all notices and/or pleadings to intervene and/.or to cease and desist, have either allowed injuries to the Plaintiff and/or his (QOB) to be compounded and/or advanced by their lawless actions, under the color of the Defendant (STATE'S) written policies, documented within the Code of Virginia and upon the fictitious obligations of debt, bearing the afore stated policies used to fraudulently create the trust indentures that injured the Plaintiff and his (QOB) in violation of his federally protected constitutional rights.

238.     The Defendant (STATE'S) written policies define the lawful government administration of public interests in creating trust indentures.  The Defendant (STATE'S) agencies, political subdivisions and municipalities, conspired to fraudulently create trust indentures, prosecute and convict the Plaintiffs privately owned; secured/controlled public transmitting utility CLARENCE ELLIOTT HARRIS, TRUST in violation of the Plaintiff's federally protected constitutional rights.

**42 U.S.C. § 1983 COMPLAINT**                    P65

239.    Therefore Defendants (STATE, OCA, CCCO, CITY, VBMO, N. HARRIS, C. STOLLE, SINNEN and KOWALSKI) created or allowed the creation of a fraudulent/facially valid trust indenture/plea agreement for the Plaintiff, while his (QOB) was being unlawfully confined under the fraudulent/facially valid FAILURE TO APPEAR trust indenture contract, charged/forced upon him while he was being held against his written will under threat and duress, as their inmate/prisoner.

240.    Defendants (OCA, C. STOLLE, and KOWALSKI) used an independently contracted public defense attorney named AFSHIN FARASHAHI, whom was not lawfully authorized under any legally active contract which secured the plaintiff's signed and/or expressed written consent to enter an international contract authorizing him with any form of power of attorney over the TRUST to negotiate any trust indentures or agreements on behalf of the Plaintiff. Therefore the defendants created a fraudulent/facially valid trust indenture/plea agreement, under the fraudulent/facially valid charge of OBSTRUCT/RESIST W/O FORCE against the plaintiff to keep him from appearing as a party in this Court for 81 days, in violation of 42 U.S.C. § 1985 and his federally protected constitutional rights.

### IRREPARABLE INJURY

241.    Plaintiff owns all derivatives and variations in spelling of the TRUST, under Copyright 1987, i.e NOT limited to all capitalized names indicated on the defendants' presentments as: CLARENCE ELLIOTT HARRIS©, CEH©, CLARENCE HARRIS©, HARRIS CLARENCE CE©, CE HARRIS© , HARRIS Clarence Elliott©, or Harris Clarence Elliott©,

242.    The defendants have used the Plaintiffs publicly registered trade-name/trademark CLARENCE ELLIOTT HARRIS©, TRUST without being granted the prior expressed written consent and acknowledgement of the Trustee/Trust Executor to do so, signified in writing by his autographed consent.

243.    Defendants (STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI) have unlawfully acted in breach of their assumed fiduciary duties, to commit material Breaches of Trust under the PRIVATE LIVING IRREVOCABLE TRUST SPECIAL APPOINTMENT COUNTER OFFER AND TRUST AGREEMENT. These defendants assumed the fiduciary duties of trustee without the executors written expressed consent, and failed to make the required payments from the Trust for the claims of debt levied against the Plaintiffs Trust when due. Defendants have exercised an abusive use of their discretion which has caused irreparable damage to Plaintiff's reputation, by their deliberate mismanagement of the CLARENCE ELLIOTT HARRIS© TRUST.

244.    Defendants acted as *"executors de son tort"* against plaintiff's direction as the Executor for the benefit of other parties holding an inferior interest or claim. Defendants acted in deliberate disregard of Plaintiffs constructive public notice that he has filed on the private side for Public Notice and by evidence of that filing has taken commercial control of the "commercial transmitting utility/trust," and all property of the debtor-trade-name/trademark CLARENCE ELLIOTT HARRIS$^{©}$, TRUST thereunder. The Plaintiff's public reputation has been adversely damaged by the defendants' lawless actions, to engage in a scheme to unlawfully assume administrative control of the Plaintiffs PUBLIC INTEREST and Estate against his will, by maliciously prosecuting unproven/unfounded accusations against his transmitting utility/trust in commerce, debtor-trade-name/trademark CLARENCE ELLIOTT HARRIS$^{©}$, TRUST.

245.    Do to the defendants unauthorized use of the Plaintiffs trade-name/trademark CLARENCE ELLIOTT HARRIS$^{©}$ TRUST and breach of their assumed fiduciary duties, Plaintiff has suffered irreparable damage to his reputation, in addition to suffering the immeasurable loss of time from his life, causing the type of harm which no monetary compensation can ever cure, or put conditions back to the way they were. of the lawless actions of specific Defendants named herein and the acquiescence of other defendants, must be taken

246.    The Plaintiff's (QOB) has endured punishments which have been disproportionate to the severity of the alleged crimes which he has not even committed, that a guilty PERSON should not lawfully suffer either. As such the collateral consequences of the Defendants actions which this Plaintiff has endured must be taken into account in considering the true cost of such damages and immeasurable injuries. The Defendants have caused harm to the Plaintiff's good name in his community and among his own family. They have been forced to bear the burden of his public embarrassment, due to his multiple false arrests, false imprisonments, homelessness, humiliation, shame and financial destitution, all caused by the defendants treasonous actions as public servants, in breach of their oaths of office.

247.    Plaintiff affirms that specific defendants named herein this complaint have been lying to commit violations of the Plaintiff's federally protected constitutional rights and fraudulently creating illegal trust indentures, to extort equity from his (QOB'S) secured public interest. The Defendant (CITY'S) Warrant Unit is attempting to kidnap the (QOB) under the color of the Plaintiff's arrest, in violation of 42 U.S.C. § 1983 for failing to appear in their jurisdiction,  for another court date which he received no written notice of. The Defendant (USDC) did not respond to any of the Plaintiff's pleas for equal protection under the law. Instead the Defendant (USDC) has allowed specific defendants named herein this complaint to continue causing injury to the Plaintiff and his (QOB), making this 42 U.S.C. 1983 complaint against all accountable parties unequivocally necessary, to shock the consciousness of the court, protect his public interest from further injuries and to compel the defendants to correct their errors.

**42 U.S.C. § 1983 COMPLAINT**            P67

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**42 U.S.C. § 1983 – Unlawful Arrest in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

248.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

249.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress…

250.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS$^{©}$ TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

251.    All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

252.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not be *Unlawfully Arrested* and unjustly taken away from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be threatened, intimidated or otherwise coerced into testifying against himself under the duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

253.    Any lawfully functioning reasonable Administrative Division of the United States, Constitutional Officer, Court Clerk, Police/Sheriff's Department, Correctional Center  or any other such administrative organization, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

**42 U.S.C. § 1983 COMPLAINT**          P68

254. Defendants STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN, actions to Unlawfully Arrest and imprison the plaintiff as described herein, were also malicious and/or involved reckless, callous and deliberate indifference to the plaintiffs federally protected constitutional rights under these Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments by their Denial or Abuse of Due Process.

255. Defendants STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN, acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

256. Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

257. The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

258. Defendants are not entitled to immunities from prosecution for the complained of conduct.

259. With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

260. Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

261. The defendants exhibited a deliberate indifference to the Plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind

their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

262.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

263.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## SECOND CAUSE OF ACTION

**42 U.S.C. § 1983 – False Imprisonment in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

264.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

265.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress…

266.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

267.    All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

268.   At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not be *Falsely Imprisoned* and unjustly taken away from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be threatened, intimidated or otherwise coerced into testifying against himself under the duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

269.   Any lawfully functioning reasonable Administrative Division of the United States, Constitutional Officer, Court Clerk, Police/Sheriff's Department, Correctional Center  or any other such administrative organization, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

270.   Defendants STATE, OCA, CCCO, CITY, CMO, VBPD, VBMO, VBSO, VBCC, SINNEN, N. HARRIS, C. STOLLE, K. STOLLE, and KOWALSKI's actions to Falsely Imprison the plaintiff as described herein, were also malicious and/or involved reckless, callous and deliberate indifference to plaintiffs federally protected constitutional rights under these Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments.

271.   Defendants STATE, OCA, CCCO, C. STOLLE, K. STOLLE, KOWALSKI, SINNEN, and N. HARRIS, acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

272.   Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

273.   The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

274.   Defendants are not entitled to immunities from prosecution for the complained of conduct.

**42 U.S.C. § 1983 COMPLAINT**          P71

275.   With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

276.   Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

277.   The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

278.   As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

279.   Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

### THIRD CAUSE OF ACTION
**42 U.S.C. § 1983 – Unlawful Distraint by an Official Public Authority or Officer of the Court in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

280.   Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

281.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress...

282.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

283.    All individual defendants to this claim at all times relevant hereto were acting under the color of state law in their capacity as the Clerk of Court, Deputy Clerk, Commonwealth's Attorney and Deputy Commonwealth's Attorney whose acts or omissions were conducted within the official scope of their duties.

284.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not to have his property *Unlawfully Distrained* and unjustly taken away from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be threatened, intimidated or otherwise coerced into testifying against himself under the duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

285.    Any lawfully functioning reasonable Administrative Division of the United States, Constitutional Officer, Court Clerk, Police/Sheriff's Department, Correctional Center  or any other such administrative organization, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

286.    Defendants STATE, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN actions to Unlawfully Distrian the plaintiff's property as described herein, were also malicious and/or involved reckless, callous and deliberate

indifference to the plaintiffs federally protected constitutional rights under these Fourth, Fifth, Sixth and Fourteenth Amendments.

287.    Defendants SINNEN, N. HARRIS, C. STOLLE, K. STOLLE and KOWALSKI acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

288.    Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

289.    The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

290.    Defendants are not entitled to immunities from prosecution for the complained of conduct.

291.    With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

292.    Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

293.    The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

294.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

295.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## FOURTH CAUSE OF ACTION

**42 U.S.C. § 1983 – Denial or Abuse of Due Process in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

296.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

297.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress...

298.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

299.    All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

300.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not be *Abused by or Denied the Due Process of law* and unjustly taken away from his home

**42 U.S.C. § 1983 COMPLAINT**              P75

by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be coerced into testifying against himself, to not be denied his property rights or deprived of time from his life to be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

301.    Any lawfully functioning reasonable Administrative Division of the United States, Constitutional Officer, Court Clerk, Police/Sheriff's Department, Correctional Center  or any other such administrative organization, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

302.    Defendants, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN's actions in Denial or Abuse of Due Process the plaintiff has described herein, were also malicious, callous and demonstrating deliberate indifference to the plaintiffs federally protected constitutional rights under these Fourth, Fifth, Sixth and Fourteenth Amendments.

303.    Defendants SINNEN, N. HARRIS, C. STOLLE, K. STOLLE, and KOWALSKI acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

304.    Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

305.    The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

306.    Defendants are not entitled to immunities from prosecution for the complained of conduct.

307.    With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions,

**42 U.S.C. § 1983 COMPLAINT**                    P76

improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

308.    Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

309.    The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

310.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

311.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## FIFTH CAUSE OF ACTION

**42 U.S.C. § 1983 –Assault and Battery without Weapon in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)**

312.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

313.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress…

314.     Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS$^{©}$ TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

315.     All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

316.     At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not be *Assaulted* and unjustly taken away from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be threatened, intimidated or otherwise coerced into testifying against himself under the duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

317.     Any lawfully functioning reasonable Administrative Division of the United States, Constitutional Officer, Court Clerk, Police/Sheriff's Department, Correctional Center  or any other such administrative organization, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

318.     Defendants, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN's actions constituted an Assault and Battery without Weapon upon the plaintiff as described herein, were also malicious and/or involved reckless, callous and deliberate indifference to the plaintiffs federally protected constitutional rights under these Fifth and Fourteenth Amendments.

319.     Defendants SINNEN, N. HARRIS, C. STOLLE, K. STOLLE and KOWALSKI acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

**42 U.S.C. § 1983 COMPLAINT**                    P78

320.    Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

321.    The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

322.    Defendants are not entitled to immunities from prosecution for the complained of conduct.

323.    With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

324.    Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

325.    The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

326.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

**42 U.S.C. § 1983 COMPLAINT**              P79

327.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## SIXTH CAUSE OF ACTION

**42 U.S.C. § 1983 – *Threat, Coercion, Deception or Attempted Deception by an Officer of the Court in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments* (Against, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN)**

328.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

329.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress...

330.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

331.    All individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

332.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not be *Threatened, Coerced, Deceived* and unjustly taken away from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be intimidated or otherwise coerced into testifying against himself under the threat and duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

333. Any lawfully functioning reasonable Administrative Division of the United States, Constitutional Officer, Court Clerk, Police/Sheriff's Department, Correctional Center or any other such administrative organization, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

334. Defendants N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI, SINNEN's actions by their use of Threats, Coercion, Deception or Attempted Deception by Officer's of the Court upon the plaintiff as described herein, were also malicious and/or involved reckless, callous and deliberate indifference to the plaintiffs federally protected constitutional rights under these Fifth, Thirteenth and Fourteenth Amendments.

335. Defendants N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI, SINNEN acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

336. Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

337. The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

338. Defendants are not entitled to immunities from prosecution for the complained of conduct.

339. With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

340. Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

341.    The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

342.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

343.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## SEVENTH CAUSE OF ACTION

**42 U.S.C. § 1983 – Destruction, Deprivation, Concealment, Defacing Alteration or Theft of Property in violation of the Fifth, Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

344.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

345.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress…

346.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

347.    All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

348.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, not to be deprived of or otherwise forced to endure the theft of his secured property, under the color of administrative authority and unjustly taken from his home, by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be intimidated or otherwise coerced into testifying against himself under the threat and duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

349.    Any lawfully functioning reasonable Administrative Division of the United States, Constitutional Officer, Court Clerk, Police/Sheriff's Department, Correctional Center  or any other such administrative organization, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

350.    Defendants STATE, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN's actions resulting in the Destruction, Deprivation, Concealment, Defacing Alteration or Theft of the Plaintiffs Property as described herein, were also malicious and callous, demonstrating a deliberate indifference to the plaintiffs federally protected constitutional rights under these Fifth and Fourteenth Amendments.

351.    Defendant's STATE, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff's and/or his property seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

352.    Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause the plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries on his Person/PERSON by the Destruction, Deprivation, Concealment, Defacing Alteration or Theft of the Plaintiffs Property.

**42 U.S.C. § 1983 COMPLAINT**                    P83

353.    The acts or omissions of the defendants as described herein, intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

354.    Defendants are not entitled to immunities from prosecution for the complained of conduct.

355.    With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

356.    Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

357.    The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

358.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

359.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## EIGHT CAUSE OF ACTION

**42 U.S.C. § 1983 – Deprivation or Theft of Property in violation of the Fourth and Fourteenth Amendments** (Against U.S., OAG, USDC, OSC, VOAG, OES, CASC, BARR, SMITH, THOMASON, HERRING, HADE, CAHILL, DYER, DUHANEY, COVER, SORENSON, BALL, CORDINGLEY)

**42 U.S.C. § 1983 COMPLAINT**          P84

360. Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

361. 42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress…

362. Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

363. All individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

364. At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth and Fourteenth Amendments to be secure in his person, to not suffer the Deprivation or Theft of Property and be unjustly taken from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be intimidated or otherwise coerced into testifying against himself under the threat and duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

365. Any lawfully functioning Branch of the United States Government, or Administrative Division, or Political Subdivision of the United States, or any of its Trustees, Cabinet/Executive Secretaries, Elected/Appointed Officials Public Authorities, reasonable Constitutional Officers, or any other such administrative constitutionally bound organizations and its Law Enforcement Officials/Officers, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

366.   Defendants actions in the deprivation and theft of plaintiff's property as described herein, were also malicious and callous, demonstrating a deliberate indifference to the plaintiffs federally protected constitutional rights under these Fifth and Fourteenth Amendments.

367.   Defendants STATE, OCA, CCCO, VBMO, CITY, CMO, VBPD, VBSO, VBCC, acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

368.   Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

369.   The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

370.   Defendants are not entitled to immunities from prosecution for the complained of conduct.

371.   With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

372.   Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

373.   The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

374.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

375.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## NINTH CAUSE OF ACTION

**42 U.S.C. § 1983 – Abuse of Authority in violation of the Fourth, Fifth, Sixth. Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

376.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

378.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress…

379.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

380.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not be *Abused by any Public Authority* and taken from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be intimidated or otherwise coerced into testifying against himself under the threat and duress of indefinite false imprisonment, to not be denied his

property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

381. All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

382. Defendants' STATE, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN's actions in the Abuse of their Authority the plaintiff has described herein, were also malicious and/or involved reckless, callous and deliberate indifference to the plaintiff's federally protected constitutional rights under these Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments by their Denial or Abuse of Due Process.

383. Defendants N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

384. Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

385. The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

386. Defendants are not entitled to immunities from prosecution for the complained of conduct.

387. With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

388.    Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

389.    The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

390.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

391.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## TENTH CAUSE OF ACTION

**42 U.S.C. § 1983 – Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

392.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

393.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress...

**42 U.S.C. § 1983 COMPLAINT**          P89

394.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

395.    All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

396.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to not be *coerced into the liability of an international contract, to take responsibility for the trust against the filed written "Will" of the Trustee/Secured Party/Bailee* and unjustly taken from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be intimidated or otherwise coerced into testifying against himself under the threat and duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

397.    Any reasonable Constitutional Officer, Deputy Clerk, Deputy/Assistant Commonwealth Attorney knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

398.    Defendants STATE, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN's actions in trespassing upon the plaintiff as described herein, were also malicious and/or involved reckless, callous and deliberate indifference to Plaintiffs federally protected constitutional rights under these Fourth and Fifth Amendments by their Denial or Abuse of Due Process.

399.    Defendants N. HARRIS, C. STOLLE, KOWALSKI and SINNEN acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

400.     Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

401.     The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

402.     Defendants are not entitled to immunities from prosecution for the complained of conduct.

403.     With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

404.     Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer*, authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

405.     The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

406.     As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

407.     Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

### ELEVENTH CAUSE OF ACTION

**42 U.S.C. § 1983 – Kidnapping by Threat/Use of Force in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments** (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)

408.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

409.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress.

410.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS$^{©}$ TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

411.    All organizations and individual defendants to this claim at all times relevant hereto were acting under the color of state law in their official/administrative capacities and their acts or omissions were conducted within the official scope of their duties.

412.    At the time of the complained of events the plaintiff had a clearly established constitutional right under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments to be secure in his person, to not be *Kidnapped by Threat/Use of Force* and unjustly taken from his home by unreasonable seizure through unlawful arrest *without a lawful correct and complete article III Fourth Amendment warrant*, to know the nature and cause of the charges against him, to not be intimidated or otherwise coerced into testifying against himself under the threat and duress of indefinite false imprisonment, to not be denied his property rights or deprived of time from his life so he may be forced into involuntary servitude, to not be denied equal protection under the law and to be free from unlawful restraint.

413.    Any reasonable Constitutional Officer, Deputy Clerk, Deputy/Assistant Commonwealth Attorney knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

414.     Defendants STATE, OCA, CCCO, CITY, VBPD, VBSO, VBCC, VBMO, N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN's actions in kidnapping the plaintiff as described herein, were also malicious and/or involved reckless, callous and deliberate indifference to the plaintiffs federally protected constitutional rights under these Fourth and Fifth Amendments by their Denial or Abuse of Due Process.

415.     Defendants N. HARRIS, C. STOLLE, K. STOLLE, KOWALSKI and SINNEN acting in a manner to *"shock the conscience"* of the court, conspired to have the plaintiff seized by means of fraud, denying him of substantive due process thereby unreasonably restraining Plaintiff from his freedom, to keep him from appearing as a party in the United States District Court where a 42 U.S.C. § 1983 suit was pending against several of the defendants named herein.

416.     Defendants did so with willful indifference to trespass upon the plaintiff's property and rights consciously aware that they would cause plaintiff loss of time from his life, to include financial hardships in addition to physical and emotional injuries derived from Assaults on his Person/PERSON by unlawful arrest.

417.     The acts or omissions of these defendants as described herein intentionally deprived the plaintiff of his federally protected constitutional rights and caused him other damages.

418.     Defendants are not entitled to immunities from prosecution for the complained of conduct.

419.     With the exception of the Defendant CITY, CMO, VBPD, VBMO, VBSO, VBCC and N. HARRIS, defendants were at all times relevant, agencies/agents of the Defendant STATE, whom in that capacity performed the acts complained of under their established ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions for the same.

420.     Defendant C. STOLLE, in his capacity as an elected, independent *Constitutional Officer,* authorized his Deputy/Assistant Commonwealth's Attorneys', to prosecute blatantly false and unconstitutional criminal complaints, against the plaintiff thereby causing him injury.

421.     The defendants exhibited a deliberate indifference to the plaintiffs rights, under his corrected political status as a U.S. Passport carrying American National of Virginia U.S.A., registered with and traveling under the protection of the U.S. State Department, which was a moving force behind their lawless actions resulting in their willful acts of treason against the United States, culminated by their

bold and shameless violations of the plaintiffs federally protected constitutional rights, as set forth herein and in other claims.

422.    As a result of the defendants' unlawful conduct the plaintiff has suffered emotional injuries, financial losses, loss of time, the loss of his home, the denial of his right to lawfully control his own public interests with honor in equity, including other damages and losses as described herein entitling him to compensatory damages to be determined at trial, in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence of each violation, by each defendant.

423.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

### TWELFTH CAUSE OF ACTION

**42 U.S.C. § 1983 – Obstruction of Justice by Deliberately Indifferent Policies, Practices, Customs, Training and Supervision in violation of the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments (Against STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI,)**

424.    Plaintiff hereby incorporates all other paragraphs of this complaint as fully set forth herein.

425.    42 U.S.C. § 1983 provides that every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress.

426.    Plaintiff in this action is authorized by the United States to function in commerce, under trusteeship as a publicly registered private trustee/banker in commerce under international law, a secured party creditor and Executor of the CLARENCE ELLIOTT HARRIS© TRUST, within the jurisdiction of the United States of America traveling under his U.S. Passport indemnified from harm. The organizations and individual defendants to this claim are persons for purposes of 42 U.S.C. § 1983.

427.    The defendants to this claim at all times relevant hereto were acting under the color of state law.

428.    Plaintiff had the following clearly established rights at the time of the complained of conduct:

(a.)    the right to be safe and secure in his person from unreasonable seizure by false arrest without a lawful correct and complete article III Fourth Amendment warrant,

(b.)    the right to be free from malicious prosecution under the Fourth, Sixth and Fourteenth Amendments;

(c.)    the right to be free from unlawful arrest, assault, threats of force, unfounded accusations, being kidnapped and false imprisonment under the Fourth, Fifth, Sixth, Thirteenth and Fourteenth Amendments;

(d.)    the right to due process under the Fifth Amendment;

(e.)    the right to equal protection under the law, under the Fourteenth Amendments;

(f.)    the right to know the nature and cause of the crimes against him under the Sixth Amendment;

429.    Defendant's STATE, OCA, CCCO, CITY, CMO, VBMO, VBPD, VBSO, VBCC, N. HARRIS, C. STOLLE, K. STOLLE, SINNEN and KOWALSKI knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at the time.

430.    The acts or omissions of these defendants as described herein, intentionally deprived the plaintiff of his federally protected constitutional rights acting in a manner to *"shock the conscience"* of the court and caused him other damages

431.    Defendants are not entitled to immunities from prosecution for the complained of conduct.

432.    Defendant STATE was at all times relevant, the policy maker for its agencies/agents and in that capacity established policies, customs and/or practices for the same.

433.    This Defendant CITY and STATE developed and maintained policies, procedures, customs and or practices, exhibiting deliberate indifference to the plaintiff's rights, which were moving forces behind the habitual Obstructions of Justice by its employees, functioning under deeply rooted

434.    The Defendant CITY, STATE and C. STOLLE have created and/or tolerated an atmosphere of lawlessness in having developed and/or maintained long standing law enforcement related customs, policies, practices and procedures and/or failed to properly train and/or supervise its law enforcement officials, in a manner that would prevent their deliberate indifference to the federal constitutionally protected rights of the plaintiff.

435.    The deliberately indifferent training and supervision provided by the Defendant CITY and STATE, resulted in conscious or deliberate choices among various alternatives available and were moving forces in the federally protected constitutional rights violations complained of herein by the plaintiff.

436.    As a result of the willingness of C. STOLLE as a Constitutional Officer, to allow the prosecution of criminal complaints against the plaintiff in spite of, or in support of brazenly obvious criminal unconstitutional acts which has caused the plaintiff to suffer emotional injuries, financial losses, loss of time from his life, the loss of his home including other damages and losses as described herein entitling him to compensatory damages in the amount of the BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations itemized and defined in the Legal Notice of Demand Agreement, for each occurrence, of each violation, by each defendant.

437.    The plaintiff is a prior service Military Police officer and Desert Storm Veteran honorably serving the United States in its time of emergency under trusteeship as a publicly registered private trustee/banker in commerce under international law and a Secured Party Creditor exempt from levy in all forms pursuant to public law, recognized as a separate Foreign State under federal law.

438.    Plaintiff is the executor of the CLARENCE ELLIOTT HARRIS© TRUST, by and under agreement with the United States in exchange for use of the plaintiff's credit, whom is indemnified from such harm by the defendants' violations of his federally protected constitutional rights.

439.    Plaintiff is also entitled to punitive damages in addition to compensatory, economic and consequential damages on all of his claims against each of the individually named defendants under 42 U.S.C. § 1983 to personally redress their willful, malicious, wanton, reckless, and fraudulent conduct.

## INJUNCTIVE RELIEF

440.    Plaintiff re-alleges and incorporates the allegations set forth in the proceeding paragraphs as though fully set forth herein.

**42 U.S.C. § 1983 COMPLAINT**              P96

441.    A real and immediate difference exists between the plaintiff and the defendants regarding the plaintiff's rights and the defendant's duty, owed by their oaths of office to uphold and preserve the plaintiff's rights, which are protected under Federal Constitutional Law.

442.    The defendants' ordinances, regulations, omissions, improper training, usage of customs with the force of law, persistent wide spread practices, express polices, procedures and actions have resulted in and will continue to result in irreparable injury to the plaintiff.

443.    There is no adequate or complete remedy at law to address the constitutional violations and irreparable injuries caused by the wrongs described herein. The defendants have made it clear by their repeated violations of the plaintiff's federally protected constitutional rights, that they have no intention of honoring their pledge/promise under their oaths of office, to uphold the Constitution of the United States and do no harm in the performance of their honorable administrative public duties.

444.    The defendants' have made it unequivocally apparent that they intend to persist in these habits, customs and practices by their continued deliberate and willful violations of the plaintiffs federally protected constitutional rights, imposed with an heir of political impunity from accountability for any liability, for the egregious harm inflicted upon the plaintiff under the color of state law. At this very moment in time there is another active Warrant in the Defendant (CITY) for the Plaintiff's arrest in the Defendant (STATE), for alleged violations of the Code of Virginia charged under **18.2-272, 19.2-82.1, 18.2-460,** and **19.2-128,** while they're  being sued under 42 U.S.C. § 1983 for filing false claims.  *Unless restrained by the Court,* the defendants' *will continue* to implement these *unlawful polices and practices,* in violation of 42 U.S.C. § 1985 and the *Plaintiffs protected rights under the federal constitution.*

445.    Defendants' acts alleged above violate the established constitutional rights of the Plaintiff. The Defendant CITY and STATE could not reasonably perceive that the conduct of their officials, officers, agencies, agents, and employees, in bringing into existence multiple false claims/criminal actions against the Plaintiff, by manufacturing fictitious obligations of debt to create causes of action based on their ordinances, regulations, persistent widespread customs, polices, practices and procedures was lawful.

446.    An actual controversy that is ripe for decision exists between the Plaintiff and the defendants, in that the defendants have collectively engaged in unconstitutional acts to deny the Plaintiff of his property rights alleged herein and intend to continue doing so.  The merits of the Plaintiffs' claims documented herein suggest a likelihood of success in proving that these acts are contrary to United States Federal Constitutional law, thereby justifying a preliminary injunction to protect the Plaintiff's public interest. The Plaintiff seeks a declaration of his rights with regard to this controversy.

**42 U.S.C. § 1983 COMPLAINT**                    P97

447.   As a direct and proximate consequence of the acts of the defendants' the Plaintiff has suffered damages and will continue to suffer through injury to his person, the loss of time from his life, in addition to an immeasurable and irreparable injury to his public reputation.

448.   The Plaintiff has been unlawfully denied the right of executive administrative control of his own interests in the CLARENCE ELLIOTT HARRIS⁽⁾ TRUST, as the Principle Owner/Executor, whom is authorized under and by agreement with the United States to do so under trusteeship.

449.   Specifically the ability of the plaintiff to administrate over the Trust, after being Unlawfully Arrested and Falsely Imprisoned, causing the Plaintiff to be unable to provide for his own well-being, including being striped of the personal dignity, of being able to function independently as the head of his house hold to lawfully provide financial security for himself and his immediate family.

450.   The defendants' actions have placed the Plaintiff in a state of duress causing severe depression, derived from an inability to be safe, protected and secure in his own home, from unreasonable search, seizure, arrest and imprisonment, resulting from their false claims against the TRUST.

451.   The Plaintiff is a Veteran of the United States Army, having honorably served in Desert Storm as a Military Police Officer. The Plaintiff has now developed a fear of having any interactions with the Virginia Beach Police, after their lawless actions forced him into a humiliating and destitute state of homelessness. As such monetary damages at a later time would not adequately compensate Plaintiff for the injuries he has sustained, is sustaining, or will sustain, as a result of the actions complained of herein.

452.   Plaintiff continues to suffer from ongoing emotional duress as a result of significant PTSD like symptoms, including sadness, depression, anxiety, anger, frustration, sleeplessness, nightmares and flashbacks, caused by the defendants' repeated ongoing lawless actions conducted in accordance with their training, resulting in the violations of the Plaintiffs federally protected constitutional rights.

### PRAYER FOR RELIEF

Plaintiff prays that this Court enter judgment against each of the defendants' and grant;

(A)   a declaratory judgment declaring the acts of the defendants' to be a violation of the Plaintiffs constitutional rights under the United States Federal Constitution to freedom from unreasonable search and seizure, false imprisonment, to include the right of due process, the right not to be compelled to self incrimination or testifying against himself, the right to be given notice of the nature and cause of accusations against him, the right to equal protection under the law not to be threatened, assaulted, kidnapped and charged excessive bail, fines and fees, imposed by the fraud of multiple unlawful arrests.

(B)     a declaratory judgment declaring that the Code of Virginia statutes **18.2-272, 19.2-82.1, 18.2-460,** and **19.2-128** are unconstitutional on their face as enforced and applied to against the Plaintiff;

(C)     a declaratory judgment to redress the defendants' above described ongoing deliberate indifference exhibited by the policies, practices, habits, customs, usages, training and supervision with respect to the rights described herein;

(D)     a temporary restraining order and a preliminary and permanent injunction enjoining Defendant CITY, their agents, servants, employees and officers from engaging in the polices, practices customs and procedures to enforce Code of Virginia statutes **18.2-272, 19.2-82.1, 18.2-460,** and **19.2-128**;

(E)     award Plaintiff billing cost in accordance with the tort fees assessed for each violation, itemized in his Legal Notice of Demand Agreement EFC No. 3-1 with the defendants', under BILLING COST ASSESSED WITH LEVIES LIENS AND OR TORT, upon violations of federally protected constitutional rights in the assessed amount of **$2,083,425,000.00 (Two Billion, Eighty Three Million, Four Hundred and Twenty Five Thousand Dollars);**

(F)     award Plaintiff billing cost for the actual damages claimed for each of the acts alleged, pursuant to the terms of the accepted Legal Notice of Demand Agreement, as the basis for the sum total assessment of **$2,083,425,000.00 (Two Billion, Eighty Three Million, Four Hundred and Twenty Five Thousand Dollars);** detailed herein by the following specific itemized amounts, including 18% interest and reasonable attorneys' fees for this action, pursuant to 42 U.S.C. § 1983 and other relevant statutes;

1.      42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Unlawful Arrest, $2,000,000.00 (TWO MILLION) US Dollars per occurrence, per official/public authority, per officer involved.

| | |
|---|---:|
| $2,000,000.00 assessed per 9 official/public authority's involved …………….…........ | $18,000,000.00 |
| $2,000,000.00 assessed per 5 officers involved ……………………………….…........ | $10,000,000.00 |
| $2,000,000.00 assessed per 1 occurrence …………….....………….......……….......… | $2,000,000.00 |
| **Total** | **$30,000,000.00** |

2.      42 U.S.C. § 1983 – Cause of Action (XIV) Counts of False Imprisonment $5,000,000.00 (FIVE MILLION) US Dollars per day, per official/public authority, per officer involved.

| | |
|---|---:|
| $5,000,000.00 assessed per 81 days imprisoned………………………………........... | $405,000,000.00 |
| $5,000,000.00 assessed per 9 official/public authority's involved …………………. | $45,000,000.00 |
| $5,000,000.00 assessed per 5 officers involved ……………………….……........... | $25,000,000.00 |
| $5,000,000.00 assessed per 1 occurrence ……….....……………………….......... | $5,000,000.00 |
| **Total** | **$480,000,000.00** |

3.      42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Unlawful Distraint $5,000,000.00 (FIVE MILLION) US Dollars per day property was distrained, per occurrence, per officers involved.

| | |
|---|---:|
| $5,000,000.00 assessed per 81 days that secured property was distrained …………….. | $405,000,000.00 |
| $5,000,000.00 assessed per 9 official/public authority's involved …………………. | $45,000,000.00 |
| $5,000,000.00 assessed per 5 officers involved ……………………….……........... | $25,000,000.00 |
| $5,000,000.00 assessed per 1 occurrence ……….....……………………….......... | $5,000,000.00 |
| **Total** | **$480,000,000.00** |

**42 U.S.C. § 1983 COMPLAINT**              P99

4.    42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Denial or Abuse of Due Process $2,000,000.00 (TWO MILLION) US Dollars per days of denial or abuse of due process, per occurrence, per officer involved.

| | |
|---|---|
| $2,000,000.00 assessed per 81 days per days of Denial or Abuse of Due Process ....... | $162,000,000.00 |
| $2,000,000.00 assessed per 9  official/public authority's involved ......................... | $18,000,000.00 |
| $2,000,000.00 assessed per 5  officers involved ..................................... | $10,000,000.00 |
| $2,000,000.00 assessed per 1  occurrence ............................................ | $2,000,000.00 |
| **Total** | **$192,000,000.00** |

5.    42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Assault and Battery without Weapon $2,000,000.00 (TWO MILLION) US Dollars per days assaulted by imprisonment, per occurrence, per official/public authority, per officer involved.

| | |
|---|---|
| $2,000,000.00 assessed per 81 days per days assaulted by imprisonment ................. | $162,000,000.00 |
| $2,000,000.00 assessed per 9  official/public authority's involved ........................ | $18,000,000.00 |
| $2,000,000.00 assessed per 5  officers involved ..................................... | $10,000,000.00 |
| $2,000,000.00 assessed per 1  occurrence ..................................... | $2,000,000.00 |
| **Total** | **$190,000,000.00** |

6.    42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Threat, Coercion, Deception or Attempted Deception $2,000,000.00 (TWO MILLION) US Dollars per day attempted, per occurrence, per officer involved.

| | |
|---|---|
| $2,000,000.00 assessed per 81 days of attempted deception............................... | $162,000,000.00 |
| $2,000,000.00 assessed per 9  official/public authority's involved ........................ | $18,000,000.00 |
| $2,000,000.00 assessed per 5  officers involved ..................................... | $10,000,000.00 |
| $2,000,000.00 assessed per 1  occurrence ..................................... | $2,000,000.00 |
| **Total** | **$190,000,000.00** |

7.    42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Destruction, Deprivation, Concealment, Defacing Alteration or Theft of Property $200,000.00 (TWO HUNDRED THOUSAND) US Dollars per day penalty until property is restored in full, per occurrence, per officer involved

| | |
|---|---|
| $200,000.00 assessed per 365 days deprived of property rights ........................... | $73,000,000.00 |
| $200,000.00 assessed per  9   official/public authority's involved ....................... | $1,800,000.00 |
| $200,000.00 assessed per  5   officers involved ..................................... | $1,000,000.00 |
| $200,000.00 assessed per  1   occurrence ..................................... | $200,000.00 |
| **Total** | **$76,000,000.00** |

8.    42 U.S.C. § 1983 – Cause of Action (XIX) Counts of Deprivation or Theft of Property $75,000.00 to $200,000.00 (SEVENTY FIVE THOUSAND TO TWO HUNDRED THOUSAND) US Dollars per occurrence, per official involved.

| | |
|---|---|
| $200,000.00 assessed per 365 days deprived of property rights ........................... | **TO BE DETERMINED** |
| $75,000.00 assessed per  7   official/public authority's involved ....................... | $525,000.00 |
| $75,000.00 assessed per  12  officers involved ..................................... | $900,000.00 |
| $200,000.00 assessed per  1   occurrence ..................................... | **TO BE DETERMINED** |
| **Total** | **$1,425,000.00** |

9.    42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Abuse of Authority $2,000,000.00 (TWO MILLION) US Dollars per occurrence, per official/public authority, per officer involved.

| | |
|---|---|
| $2,000,000.00 assessed per 9 official/public authority's involved ........................ | $18,000,000.00 |
| $2,000,000.00 assessed per 5 officers involved ..................................... | $10,000,000.00 |
| $2,000,000.00 assessed per 1 occurrence ..................................... | $2,000,000.00 |
| **Total** | **$30,000,000.00** |

10.    42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Trespassing $2,000,000.00 (TWO MILLION) US Dollars per occurrence, per official/public authority, per officer involved.

| | |
|---|---|
| $2,000,000.00 assessed per 9 official/public authority's involved ........................ | $18,000,000.00 |
| $2,000,000.00 assessed per 5 officers involved ..................................... | $10,000,000.00 |
| $2,000,000.00 assessed per 1 occurrence ..................................... | $2,000,000.00 |
| **Total** | **$30,000,000.00** |

11.       42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Kidnapping by Threat/Use of Force $2,000,000.00 (TWO MILLION) US Dollars per day held captive, per occurrence, per official/public authority, per officer involved.

| | |
|---|---:|
| $2,000,000.00 assessed per 81 days held captive …………………………………….. | $162,000,000.00 |
| $2,000,000.00 assessed per 9  official/public authority's involved ………………….. | $18,000,000.00 |
| $2,000,000.00 assessed per 5  officers involved ………………….……………......….. | $10,000,000.00 |
| $2,000,000.00 assessed per 1  occurrence ……………...……………………..….......... | $2,000,000.00 |
| **Total** | **$192,000,000.00** |

12.       42 U.S.C. § 1983 – Cause of Action (XIV) Counts of Obstruction of Justice $2,000,000.00 (TWO MILLION) US Dollars per days justice was obstructed, per occurrence, per official/public authority, per officer involved.

| | |
|---|---:|
| $2,000,000.00 assessed per 81 days justice was obstructed ………………………….. | $162,000,000.00 |
| $2,000,000.00 assessed per 9  official/public authority's involved ………………….. | $18,000,000.00 |
| $2,000,000.00 assessed per 5  officers involved ………………….……………......….. | $10,000,000.00 |
| $2,000,000.00 assessed per 1  occurrence ……………...……………………..….......... | $2,000,000.00 |
| **Total** | **$192,000,000.00** |
| **Assessed Billing Cost Sum Totaling:** | **$2,083,425,000.00** |

(G)      award punitive damages in the amount of $130,000,000.00 (ONE HUNDRED AND THIRTY MILLION) US Dollars as a result of trauma the plaintiff experienced from being falsely accused, denied lawful use/control of his secured property interest, threatened, assaulted, unlawfully arrested, kidnapped under the color of law, falsely imprisoned for 81 days, publicly embarrassed, privately shamed before his family and unlawfully detained, causing loss of time, irreparable damage to his reputation, debilitating PTSD like symptoms of hyper vigilance, fear, anger, severe anxiety, mistrust, nightmares, insomnia and depression.

(H)      Order such other and further relief and/or remedy to close out and settle this claim as the Court deems just and proper under the circumstances.

## CERTIFICATION AND CLOSING

(I)      Under Federal Rule of Civil Procedure 11, by signing below, I certify and affirm to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. (5) is admissible as evidence, true, correct, complete and not meant to mislead. (6) must be responded to by the defendant(s) within 21 days on a point-by-point basis, via sworn affidavit, under their full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading.

**42 U.S.C. § 1983 COMPLAINT**           P101

**AFFIDAVIT IN SUPPORT OF 42 U.S.C. § 1983**
**COMPLAINT FOR FEDERAL CONSTITUTIONAL RIGHTS VIOLATIONS**

The Plaintiff's 452 point 42 U.S.C. § 1983 civil complaint and affidavit submitted in support of his complaint for federal constitutional rights violations is Dated February 12th 2021

Subscribed and sworn to before me on February 12 2021

M I R I A M   K I N C
_____
Notary Name

_____
Notary Signature

September 30, 2022
_____
My Commission Expires

**MIRIAM KING**
Notary Public
Commonwealth of Virginia
Registration No. 7586343
My Commission Expires Sept. 30, 2022

[SEAL]

Respectfully Submitted by
Plaintiff's Principle Owner/Trust Executor

/s/
_____
(QOB) Clarence Elliott: Harris [Executor Seal]
Plaintiff ─ CLARENCE ELLIOTT HARRIS
501 Viking Drive #10037
Virginia Beach VA. 23452-9998

**42 U.S.C. § 1983 COMPLAINT**                    P102

1
2
3
4
5
6
7
8
9
10
11

**JURY DEMAND**

12

Plaintiff hereby demands a jury trial in this matter.

13
14

Dated February 12th 2021

15
16
17
18
19
20
21
22
23

Respectfully Submitted by
Plaintiff's Principle Owner/Trust Executor

24
25

/A/
(QOB) Clarence-Elliott: Harris [Executor-Seal]

26

Plaintiff – CLARENCE ELLIOTT HARRIS
501 Viking Drive #10037
Virginia Beach VA. 23452-9998

27
28

**42 U.S.C. § 1983 COMPLAINT**            P103

## PARTIES

| | |
|---|---|
1 | **The Plaintiff(s)** | **The Defendant(s)**
2 | **Plaintiff No. 1** | **Defendant No. 5**
3 | Clarence-Elliott: Harris, an individual | OFFICE OF THE SECRETARY OF THE
4 | Title: Principle Beneficiary/Trust Executor | COMMONWEALTH, an agency
| 501 Viking Drive #10037 | Title: State Executive Branch Office
5 | Virginia Beach Virginia 23452-9998 | 1111 E, Broad Street #4,
| Executors Contact Number (757) 376-6997 | Richmond, VA 23219
6 | harrisclarence63@gmail.com | Department Contact Number (804) 786-2441
| | unknown@nocmail.com
7 | | 
8 | **Defendant No. 1** | **Defendant No. 6**
| UNITED STATES of AMERICA – US, | VIRGINIA OFFICE OF THE ATTORNEY
9 | an organization | GENERAL, an agency
10 | Title: United States Federal Government | Title: State Executive Branch Office
| 950 Pennsylvania Avenue, NW | 202 North Ninth Street
11 | Washington, DC 20530-0001 | Richmond, VA 23219
| Attorney General - U.S. Department of Justice | Virginia Office of the Attorney General (OAG)
12 | Department Contact Number (202) 514-2000 | Department Contact Number (804) 786-2071
| unknown@nocmail.com | unknown@nocmail.com
13 | **Defendant No. 2** | **Defendant No. 7**
14 | OFFICE OF THE ATTORNEY GENERAL, | VIRGINIA OFFICE OF THE EXECUTIVE
| an agency | SECRETARY, an agency
15 | Title: United States Executive Branch Office | Title: Administrative Office of the Courts
| 950 Pennsylvania Avenue, NW | Supreme Court of Virginia,
16 | Washington, DC 20530-0001 | 3rd. Floor 100 N. St.
17 | U.S. Department of Justice | Richmond Virginia 23219
| Department Contact Number (202) 514-2000 | Office Contact Number (804) 786-6455
18 | unknown@nocmail.com | unknown@noemail.com
19 | **Defendant No. 3** | **Defendant No. 8**
20 | UNITED STATES DISTRICT COURT, an | COMMONWEALTH'S ATTORNEYS
| agency | SERVICES COUNCIL, an agency
21 | Title: Federal District Court | Title: Clerk of the Circuit Court
| 600 Granby Street 193A | 613 S Henry Street, Room 220
22 | Virginia Beach VA. 23510 | Williamsburg VA. 23185
23 | Department Contact Number (757) 222-7202 | Office Contact Number (757) 253-4146
| unknown@nocmail.com | unknown@nocmail.com
24 | **Defendant No. 4** | **Defendant No. 9**
25 | COMMONWEALTH OF VIRGINIA, | OFFICE OF THE COMMONWEALTH'S
| an organization | ATTORNEY, an agency
26 | Title: State Government | Title: Municipal Ctr.,
| 202 North Ninth Street | 2305 Judicial Blvd.
27 | Richmond, VA 23210 | Virginia Beach VA. 23456
28 | Office of the Attorney General | Office of the Commonwealth's Attorney
| Department Contact Number (804) 786-2071 | Department Contact Number (757) 385-4401
| service@oag.state.va.us | ocaadmin@vbgov.com

**42 U.S.C. § 1983 COMPLAINT**          P104

## PARTIES

**Defendant No. 10**

CIRCUIT COURT CLERKS OFFICE,
an agency
Title: Court Maintainer of all Files
2425 Nimmo Pkwy #10, 3rd Floor
Virginia Beach VA. 23456
Court Contact Number (757) 385-8531
TSinnen@vacourts.gov.

**Defendant No. 11**

VIRGINIA BEACH MAGISTRATES
OFFICE, an agency
Title: Government Office
820 Virginia Beach Blvd.
Virginia Beach Virginia 23451
Contact Number (757) 385-4724
cmoffice@vbgov.com

**Defendant No. 12**

CITY OF VIRGINIA BEACH,
a municipal entity
Title: Political Subdivision of the U.S
Municipal Ctr. Building #1, City Hall
2401 Courthouse Dr.
Virginia Beach Virginia 23456
City Treasures Office (757) 385-4445
tangibleprointerest@vbgov.com

**Defendant No. 13**

VIRGINIA BEACH CITY MANAGERS
OFFICE, an organization
Title: City Administrative Department
2401 Courthouse Dr.
Virginia Beach Virginia 23456
Contact Number (757) 385-4242
cmoffice@vbgov.com

**Defendant No. 14**

VIRGINIA BEACH POLICE
DEPARTMENT, an organization
Title: 1st Precinct Police Headquarters
2509 Princess Anne Rd.
Virginia Beach Virginia 23456
Office Contact Number (757) 385-4377
vbpd@vbgov.com

**Defendant No. 15**

VIRGINIA BEACH SHERIFF'S OFFICE,
an organization
Title: Sheriff's Department
2501 James Madison Blvd.
Virginia Beach Virginia 23456
Office Contact Number (757) 385-4555
webmaster@vbso.net

**Defendant No. 16**

VIRGINIA BEACH CORRECTIONAL
CENTER, an organization
Title: Department of Corrections
2371 Liberty Way UNIT 26
Virginia Beach Virginia 23456
Office Contact Number (757) 385-4555
webmaster@vbso.net

**Defendant No. 17**

WILLIAM P. BARR,
an individual
Title: United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Attorney General - U.S. Department of Justice
Department Contact Number (202) 514-2000
unknown@nocmail.com

**Defendant No. 18**

REBECCA BEACH SMITH,
an individual
Title: United States District Court Judge
600 Granby Street 193A
Virginia Beach VA. 23510
Department Contact Number (757) 222-7202
unknown@nocmail.com

**Defendant No. 19**

KELLY THOMASON,
an individual
Title: Secretary of the Commonwealth
1111 E, Broad Street #4,
Richmond, VA 23219
Department Contact Number (804) 786-2441
unknown@nocmail.com

**42 U.S.C. § 1983 COMPLAINT**          P105

## PARTIES

**Defendant No. 20**

MARK RANKIN HERRING,
an individual
Title: Virginia Attorney General
202 North Ninth Street
Richmond, VA 23219
Virginia Office of the Attorney General
Department Contact Number (804) 786-2071
unknown@nocmail.com

**Defendant No. 21**

KARL R. HADE,
an individual
Title: Executive Secretary
Supreme Court of Virginia,
3rd. Floor 100 N. St.
Richmond Virginia 23219
Office Contact Number (804) 786-6455
unknown@nocmail.com

**Defendant No. 22**

COLIN STOLLE,
an individual
Title: Commonwealth's Attorney
2425 Nimmo Pkwy
Virginia Beach Virginia 23456
Office Contact Number (757) 385-4401
ocaadmin@vbgov.com

**Defendant No. 23**

JASON M. KOWALSKI,
an individual
Title: Assistant Commonwealth's Attorney
2425 Nimmo Pkwy
Virginia Beach Virginia 23456
Office Contact Number (757) 385-4401
ocaadmin@vbgov.com

**Defendant No. 24**

TINA E. SINNEN,
an individual
Title: Clerk of the Circuit Court
2425 Nimmo Pkwy #10, 3rd Floor
Virginia Beach VA. 23456
Court Contact Number (757) 385-4181
TSinnen@vacourts.gov.

**Defendant No. 25**

NILLA HARRIS,
an individual
Title: Deputy Clerk of the Circuit Court
2425 Nimmo Pkwy #10, 3rd Floor
Virginia Beach VA. 23456
Virginia Beach Circuit Court
Court Contact Number (757) 385-4181
TSinnen@vacourts.gov

**Defendant No. 26**

THOMAS R. CAHILL,
an individual
Title: Chief Magistrate
Chief Magistrates Office,
820 Virginia Beach Blvd.
Virginia Beach Virginia 23451
Contact Number (757) 385-4724
cmoffice@vbgov.com

**Defendant No. 27**

ROBERT M. 'BOBBY' DYER,
an individual
Title: Mayor - City of Virginia Beach
2401 Courthouse Dr. #234
Virginia Beach Virginia 23456
Contact Number (757) 385-4581
bdyer@vbgov.com

**Defendant No. 28**

PATRICK DUHANEY,
an individual
Title: City Manager
2401 Courthouse Dr.
Virginia Beach Virginia 23456
Contact Number (757) 385-4242
cmoffice@vbgov.com

**Defendant No. 29**

STEVEN R. COVER,
an individual
Title: Deputy City Manager
2401 Courthouse Dr.
Virginia Beach Virginia 23456
Contact Number (757) 385-4242
scover@vbgov.com

**42 U.S.C. § 1983 COMPLAINT**          P106

## PARTIES

1

**Defendant No. 30**

2

DAVID SORENSON,
an individual

3

Title: Lieutenant of Internal Affairs
Office of Internal Affairs

4

2509 Princess Anne Road
Virginia Beach Virginia 23456

5

Contact Number (757) 385-4145
vbpd@vbgov.com

6

7

**Defendant No. 31**

8

KENNETH STOLLE,
an individual

9

Title: Virginia Beach Sheriff
2501 James Madison Blvd.

10

Virginia Beach Virginia 23456
Office Contact Number (757) 385-4555

11

webmaster@vbso.net

**Defendant No. 32**

NICK BALL,
an individual
Title: Sergeant
2nd. Precinct VBPD
820 Virginia Beach Blvd.
Virginia Beach Virginia 23451
Office Contact Number (757) 385-2700
vbpd@vbgov.com

**Defendant No. 33**

GARY F. CORDINGLEY,
an individual
Title: Police Officer 2nd. Precinct VBPD
820 Virginia Beach Blvd.
Virginia Beach Virginia 23451
Office Contact Number (757) 385-2700
vbpd@vbgov.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**42 U.S.C. § 1983 COMPLAINT**          P107

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_____ **DIVISION**

_Clarence Elliott Harris_ as an individual

Plaintiff(s),

v.

_United States of America et. al._

Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** _42 USC 1983 Complaint_

**(Title of Document)**

_Clarence Elliott Harris_

Name of *Pro Se* Party (Print or Type)

Signature of *Pro Se* Party

Executed on: _2/16/2021_   (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.

**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)



# INFORMATION FORM

## NOTICE:
### (03/27/20)

➤ In conjunction with General Order 2020-08 re: COVID-19, the Clerk's office counters are closed to the public until further notice to minimize personal interactions.

➤ The public may use the drop box during hours when the court is closed but the buildings are open to the public.

➤ Clerk's Office staff retrieve documents from the drop boxes at 9:00 a.m. each day that the court is open.

Date: 2/12/2021   Resubmitted   2/16/2021

Case Name (if applicable): Clarence Elliott Harris  v  United States of America

Case Number(s) (if applicable): _____

---

Company/Firm: _____

Name/Contact: Clarence Harris

Address: 501 Viking Dr, #10037

City, State, Zip: Virginia Beach Virginia 23452-4998

Phone: (757) 376-6997

Email Address: harrisclarencek3@gmail.com

CHECK/MONEY ORDER ENCLOSED  Yes ✓  No ____  (CASH NOT ACCEPTED)

---

➤ **IMPORTANT** - Before placing your filing in the drop box, please ensure the following:
  ✓ Case number and caption clearly identified on document(s).
  ✓ Documents have been signed.
  ✓ If documents are being filed by pro se litigant, please complete and sign the form titled: Local Rule 83.1(M) Certification and submit with your document(s).

➤ **QUESTIONS? Please use provided drop box telephone to call**
  ✓ Richmond – **804-916-2220**
  ✓ Alexandria – **703-299-2100**
  ✓ Norfolk/Newport News - **757-222-7201**